# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re | ) |
| | ) Case No. 08-02469 |
| ACTIVE ENDEAVORS, INC., | ) |
| | ) Hon. John H. Squires |
| | ) Date: March 20, 2008 |
| | ) Time: 9:30 a.m. |

## ORDER APPROVING ASSIGNEE'S FINAL REPORT AND COMPENSATION

This matter coming on to be heard on the Motion of Howard B. Samuels, not individually but solely as Assignee ("Assignee") under Trust Agreement and Assignment for the Benefit of Creditors of Active Endeavors, LLC, a Delaware limited liability company ("Debtor") for an Order Approving Assignee's Final Report and Compensation pursuant to 11 U.S.C. §543(b)(2) and (c)(1); the Court finding notice of the Motion to be sufficient; the Court having considered the Motion; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The Court approves the Final Report pursuant to 11 U.S.C. §543(b)(2);

2. The Court approves and authorizes the payment of the Assignee's compensation pursuant to 11 U.S.C. §543(c)(2) in the amount of $29,708.00; and

3. For such other and further relief as may be appropriate.

Dated:                                ENTERED:

_____
JOHN H. SQUIRES
UNITED STATES BANKRUPTCY JUDGE