UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ACTIVE ENDEAVORS, LLC | ) | Case No. 08-02469 |
| | ) | |
| | ) | Hon. John H. Squires |
| | ) | |

**ORDER APPROVING ASSIGNEE'S FINAL REPORT AND COMPENSATION
PURSUANT TO 11 U.S.C. §543(b)(2) and (c)(1)**

This matter coming before the Court on the Motion of HOWARD B. SAMUELS, not individually but solely as Assignee ("Assignee") under Trust Agreement and Assignment for the Benefit of Creditors of Active Endeavors, LLC, a Delaware limited liability company ("Debtor") for the entry of an Order approving the Assignee's Final Report filed with the Court on March 17, 2008, as supplemented on March 25, 2008 (collectively "Final Report") and approving the Assignee's compensation. The Court finding notice to be sufficient and being fully advised in the premises, and the Court taking judicial notice of the entry of an Order for Relief on March 12, 2008 and the Debtor's current standing as a debtor in possession pursuant to 11 U.S.C. §1107 and 1108,

IT IS HEREBY ORDERED that:

1. The Final Report is hereby approved and the Assignee is fully compliant with all of its duties under 11 U.S.C. §543(b)(2).

2. The Assignee's compensation in the amount of $22,007.91/ea (the "Compensation") is hereby approved pursuant to 11 U.S.C. §543(c)(2) and the Debtor is authorized to pay the Compensation.

Dated: 3/27/08

ENTERED:

_/s/ John H. Squires_
U.S. Bankruptcy Judge