## UNITED STATES BANKRUPTCY COURT
## FOR THE NOTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ACTIVE ENDEAVORS, LLC | ) | Case No. 08-02469 |
| | ) | |
| | ) | Hon. John H. Squires |
| | ) | |

### FINAL REPORT OF ACTIVE ENDEAVORS, LLC, AS DEBTOR-IN-POSSESSION

To: The Honorable John H. Squires
United States Bankruptcy Judge

ACTIVE ENDEAVORS, LLC (the "Debtor"), hereby submits its Final Report in accordance with Fed. R. Bankr. P. 1019(5)(1)(ii).

1. On February 4, 2008, three petitioning creditors commenced this bankruptcy proceeding by the filing of an involuntary Chapter 11 bankruptcy petition against the Debtor. On March 12, 2008, the Court entered an Order for Relief.

2. From February 4, 2008 through August 12, 2008, the Debtor operated as a debtor in possession. On August 12, 2008, the Court entered an order converting this case to a case under chapter 7. Gus A. Paloian has been appointed as the interim chapter 7 trustee (the "Trustee") for the Debtor's estate.

3. A summary of the Debtor's Final Report for the period February 4, 2008 through August 12, 2008 is as follows:

    a. BEGINNING BALANCE    $ 8,794.49
    b. RECEIPTS    $ 1,192,943.70
    c. DISBURSEMENTS    $ 1,201,437.74
    d. NET CASH available for Trustee    $ 300.45

Attached hereto as Exhibit A are copies of the first page of the Debtor's Monthly Operating Reports from the Petition Date through August 12, 2008.

5. Debtor obtained a cashier's check representing the balance in the debtor-in-possession operating account. On September 9, 2008, a cashier's check in the final amount of $300.45 was turned over to the Trustee.

6.  On August 29, 2008, the Debtor filed its Statement of Outstanding Post-Petition Debts in accordance with Fed. R. Bankr. P. 1019(5)(a)(ii). The total unpaid debts are listed as $73,192.68 at this time.

Dated: September 17, 2008    Respectfully Submitted
                             Active Endeavors, LLC, Debtor


                             By:   /s/ Miriam R. Stein
                                   One of its Attorneys


Michael L. Gesas (06186924)
Miriam R. Stein (06238163)
ARNSTEIN & LEHR, LLP
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100