# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-02469-TAB |
| | § | |
| ACTIVE ENDEAVORS LLC | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on <u>02/04/2008</u>. The case was converted to one under Chapter 7 on 08/12/2008. The undersigned trustee was appointed on <u>08/12/2008</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $6,302.55

   Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $8.03 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $6,294.52 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.   The deadline for filing non-governmental claims in this case was <u>04/29/2011</u> and the deadline for filing government claims was <u>04/29/2011</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$1,380.26</u>.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$1,380.26</u>, for a total compensation of <u>$1,380.26</u>[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>06/13/2014</u>                            By:   <u>/s/ Gus A. Paloian</u>
                                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:  1        Exhibit A

| Case No.: | 08-02469-TAB | Trustee Name: | Gus A. Paloian |
| Case Name: | ACTIVE ENDEAVORS LLC | Date Filed (f) or Converted (c): | 08/12/2008 (c) |
| For the Period Ending: | 6/13/2014 | §341(a) Meeting Date: | 05/07/2008 |
| | | Claims Bar Date: | 04/29/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | BANK ACCOUNTS | $27,793.30 | $300.45 | | $300.45 | FA |
| Asset Notes: | Lake Forest Bank  Operaring Account #433632 - $17,999.41  Payroll Account #433721 - $336.46  Creditors Trust Acct #449180 - $6,457.43 | | | | | |
| 2 | SECURITY DEPOSIT WITH FRIEDMAN PROPERTIES ON RETAIL SPACE IN GLENCOE, IL | $17,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Security deposit with Friedman Properties on retail space in Glencoe, IL | | | | | |
| 3 | MISCELLANEOUS PHOTOGRAPHIC EQUIPMENT | $2,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Miscellaneous photographic equipment | | | | | |
| 4 | WEBSITE: WWW.ACTIVEENDEAVORS.COM & COMPANY NAME ACTIVE ENDEAVORS, LLC | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | website:  www.activeendeavors.com | | | | | |
| 5 | CUSTOMER LIST (46,120 NAMES/ADDRESSES) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Customer List (46,120 names/addresses) | | | | | |
| 6 | MISCELLANEOUS OFFICE EQUIPMENT; COMPUTER EQUIPMENT AND COMPUTER SERVICES | $33,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Misc. office equipment; computer equipment and computer servers | | | | | |
| 7 | MISCELLANEOUS STORE FIXTURES AND OFFICE FURNITURE, CHICAGO, IL | $12,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Misc. store fixtures and office furniture | | | | | |
| 8 | MEN, WOMAN AND CHILDREN'S CLOTHING - AS OF PETITION DATE $622,948.28 - COST BASIS AS OF 4/22/08 $156,313.00 | $622,948.28 | $0.00 | | $0.00 | FA |
| Asset Notes: | Men, women and children's clothing - as of petition date $622,948.28 - cost basis; as of 4/22/08 $156,313.00 - cost basis | | | | | |
| 9 | SETTLEMENT FUNDS                (u) | $0.00 | $6,000.00 | | $6,000.00 | FA |
| Asset Notes: | PURSUANT TO SETTLEMENT WITH ROBERT DAVIS (ADVERSARY NO. 09-651)  ORDER ENTERED 3/16/10 | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2        Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 08-02469-TAB | |
| **Case Name:** | ACTIVE ENDEAVORS LLC | |
| **For the Period Ending:** | 6/13/2014 | |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Date Filed (f) or Converted (c):** | 08/12/2008 (c) |
| **§341(a) Meeting Date:** | 05/07/2008 |
| **Claims Bar Date:** | 04/29/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** <br> **(Scheduled and** <br> **Unscheduled (u) Property)** | **Petition/** <br> **Unscheduled** <br> **Value** | **Estimated Net Value** <br> **(Value Determined by** <br> **Trustee,** <br> **Less Liens, Exemptions,** <br> **and Other Costs)** | **Property** <br> **Abandoned** <br> **OA =§ 554(a) abandon.** | **Sales/Funds** <br> **Received by** <br> **the Estate** | **Asset Fully Administered (FA)/** <br> **Gross Value of Remaining Assets** |
| 9999  VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT   Interest Asset | Unknown | Unknown | | $2.10 | FA |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $716,241.58 | $6,300.45 | | $6,302.55 | $0.00 |

**Major Activities affecting case closing:**

The Trustee settled Adversary Proceeding No. 09-00651, Paloian v. Davis.  Asset Report filed on January 27, 2011.  The Trustee is in the process of resolving the secured claims so that

the case can be closed.  The Final Report has been prepared and will be submitted to the U.S. Trustee for review pending resolution of the secured claims.

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2010 | **Current Projected Date Of Final Report (TFR):** | 12/31/2013 | /s/ GUS A. PALOIAN |
| | | | | GUS A. PALOIAN |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-02469-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | ACTIVE ENDEAVORS LLC | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | **-***6380 | Checking Acct #: | ******5047 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Assoc. Bank Checking Account |
| For Period Beginning: | 2/4/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2011 | | WIRE TRANSFER FROM BOFA | Transfer of Estate Funds from BofA | 9999-000 | $6,294.52 | | $6,294.52 |
| 11/30/2011 | | ASSOCIATED BANK | Wire In Fee | 2990-000 | | $15.00 | $6,279.52 |
| 12/02/2011 | | ASSOCIATED BANK | Reverse - wire in fee | 2990-000 | | ($15.00) | $6,294.52 |
| 02/22/2012 | | East West Bank | Transfer Funds | 9999-000 | | $6,294.52 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | $6,294.52 | $6,294.52 | $0.00 |
| Less: Bank transfers/CDs | $6,294.52 | $6,294.52 | |
| Subtotal | $0.00 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $0.00 | |

**For the period of 2/4/2008 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,294.52 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $6,294.52 |

**For the entire history of the account between 01/18/2012 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,294.52 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $6,294.52 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 08-02469-TAB | |
| Case Name: | ACTIVE ENDEAVORS LLC | |
| Primary Taxpayer ID #: | **-***6380 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 2/4/2008 | |
| For Period Ending: | 6/13/2014 | |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | **B OF A /ASSOCIATED BANK |
| Money Market Acct #: | ******4248 |
| Account Title: | Money Market Account (Interest Earn |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/19/2008 | (1) | LAKE FOREST BANK | LIQUIDATED CHECKING ACCOUNT FUNDS | 1129-000 | $300.45 | | $300.45 |
| 09/30/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | $0.01 | | $300.46 |
| 10/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | $0.03 | | $300.49 |
| 11/28/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | $0.02 | | $300.51 |
| 12/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $300.53 |
| 04/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.54 |
| 05/29/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.55 |
| 06/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.56 |
| 07/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.57 |
| 08/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.58 |
| 09/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.59 |
| 10/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.60 |
| 11/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.61 |
| 12/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.62 |
| 01/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.63 |
| 02/26/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.64 |
| 03/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.65 |
| 04/02/2010 | (9) | ROBERT DAVIS | SETTLEMENT | 1249-000 | $1,500.00 | | $1,800.65 |
| 04/29/2010 | (9) | ROBERT DAVIS | SETTLEMENT | 1249-000 | $3,000.00 | | $4,800.65 |
| 04/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.04 | | $4,800.69 |
| 05/28/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.12 | | $4,800.81 |
| 06/15/2010 | (9) | ROBERT DAVIS | SETTLEMENT | 1249-000 | $1,500.00 | | $6,300.81 |
| 06/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.14 | | $6,300.95 |
| 07/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.16 | | $6,301.11 |
| 08/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.17 | | $6,301.28 |
| 09/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.16 | | $6,301.44 |
| 10/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.16 | | $6,301.60 |
| | | | **SUBTOTALS** | | $6,301.60 | $0.00 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 08-02469-TAB | | | Trustee Name: | Gus A. Paloian | |
| Case Name: | ACTIVE ENDEAVORS LLC | | | Bank Name: | **B OF A /ASSOCIATED BANK | |
| Primary Taxpayer ID #: | **-***6380 | | | Money Market Acct #: | ******4248 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account (Interest Earn | |
| For Period Beginning: | 2/4/2008 | | | | | |
| For Period Ending: | 6/13/2014 | | | Blanket bond (per case limit): | $5,000,000.00 | |
| | | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.16 | | $6,301.76 |
| 12/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.16 | | $6,301.92 |
| 01/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.16 | | $6,302.08 |
| 02/28/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,302.13 |
| 03/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,302.18 |
| 04/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,302.23 |
| 05/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.06 | | $6,302.29 |
| 06/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,302.34 |
| 07/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,302.39 |
| 08/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.06 | | $6,302.45 |
| 09/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,302.50 |
| 10/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,302.55 |
| 10/31/2011 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $8.03 | $6,294.52 |
| 11/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,294.57 |
| 11/30/2011 | | WIRE TRANSFER TO ASSOCIATED BANK | Transfer funds to Associated Bank | 9999-000 | | $6,294.52 | $0.05 |
| 02/22/2012 | | DEP REVERSE: BANK OF AMERICA, N.A. | DEPOSIT REVERSAL | 1270-000 | ($0.05) | | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **SUBTOTALS** | | $0.95 | $6,302.55 |

Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 08-02469-TAB |
| Case Name: | ACTIVE ENDEAVORS LLC |
| Primary Taxpayer ID #: | **-***6380 |
| Co-Debtor Taxpayer ID #: | |
| | |
| For Period Beginning: | 2/4/2008 |
| For Period Ending: | 6/13/2014 |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | **B OF A /ASSOCIATED BANK |
| Money Market Acct #: | ******4248 |
| Account Title: | Money Market Account (Interest Earn |
| | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | |
|---|---|---|---|
| | TOTALS: | $6,302.55 | $6,302.55 | $0.00 |
| | Less: Bank transfers/CDs | $0.00 | $6,294.52 | |
| | Subtotal | $6,302.55 | $8.03 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $6,302.55 | $8.03 | |

**For the period of  2/4/2008 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $6,302.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,302.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $8.03 |
| Total Internal/Transfer  Disbursements: | $6,294.52 |

**For the entire history of the account between 09/22/2008 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $6,302.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,302.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $8.03 |
| Total Internal/Transfer  Disbursements: | $6,294.52 |

FORM 2

Page No: 5          Exhibit B

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-02469-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | ACTIVE ENDEAVORS LLC | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***6380 | Checking Acct #: | ******0029 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/4/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2012 | | **B OF A /ASSOCIATED BANK | Transfer Funds | 9999-000 | $6,294.52 | | $6,294.52 |
| 08/17/2012 | | East West Bank | Bank Service Fee | 2600-000 | | $70.46 | $6,224.06 |
| 02/28/2013 | 5001 | East West Bank | Bank Service Fee Correction | 2600-000 | | ($70.46) | $6,294.52 |
| 02/07/2014 | 5002 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $5.04 | $6,289.48 |
| 02/07/2014 | 5002 | VOID: INTERNATIONAL SURETIES | BOND PREMIUM ALLOCATION ERROR | 2300-003 | | ($5.04) | $6,294.52 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $6,294.52 | $0.00 | $6,294.52 |
| **Less: Bank transfers/CDs** | $6,294.52 | $0.00 | |
| Subtotal | $0.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| Net | $0.00 | $0.00 | |

| For the period of  2/4/2008 to 6/13/2014 | | For the entire history of the account between 02/22/2012 to 6/13/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,294.52 | Total Internal/Transfer Receipts: | $6,294.52 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 | Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 08-02469-TAB |
| Case Name: | ACTIVE ENDEAVORS LLC |
| Primary Taxpayer ID #: | **-***6380 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 2/4/2008 |
| For Period Ending: | 6/13/2014 |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | East West Bank |
| Checking Acct #: | ******0029 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $6,302.55 | $8.03 | $6,294.52 |

| For the period of 2/4/2008 to 6/13/2014 | |
|---|---|
| Total Compensable Receipts: | $6,302.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,302.55 |
| Total Internal/Transfer Receipts: | $12,589.04 |
| | |
| Total Compensable Disbursements: | $8.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8.03 |
| Total Internal/Transfer Disbursements: | $12,589.04 |

| For the entire history of the case between 08/12/2008 to 6/13/2014 | |
|---|---|
| Total Compensable Receipts: | $6,302.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,302.55 |
| Total Internal/Transfer Receipts: | $12,589.04 |
| | |
| Total Compensable Disbursements: | $8.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8.03 |
| Total Internal/Transfer Disbursements: | $12,589.04 |

CLAIM ANALYSIS REPORT

| Case No. | 08-02469-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | ACTIVE ENDEAVORS LLC | Date: | 6/13/2014 |
| Claims Bar Date: | 04/29/2011 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN, TRUSTEE 131 S. DEARBORN STREET SUITE 2400 CHICAGO  60603 | 07/02/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,380.26 | $1,380.26 | $0.00 | $0.00 | $0.00 | $1,380.26 |
| 69 | CLERK OF THE COURT, U.S. BANKRUPTCY COURT | 06/06/2014 | Clerk of the Courts Costs | Allowed | 2700-000 | $0.00 | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |

**Claim Notes:**   FILING FEE FOR ADV. COMPLAINT. FEE WAS PREVIOUSLY DEFERRED.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATTY | SEYFARTH SHAW LLP | 07/02/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $30,562.00 | $4,914.26 | $0.00 | $0.00 | $0.00 | $4,914.26 |

**Claim Notes:**   SEYFARTH'S FIRST AND FINAL FEES & EXPENSES.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4a | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 South State Street Chicago IL 60603 | 03/28/2008 | priority 507(a)(8) other | Allowed | 5800-000 | $0.00 | $19,292.45 | $19,292.45 | $0.00 | $0.00 | $0.00 | $19,292.45 |

**Claim Notes:**   (4-1) Unemployment taxes(4-2) Unemployment tax.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31a | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Unit 100 W. Randolph St., #7-400 Chicago IL 60601 | 05/06/2008 | priority 507(a)(8) other | Allowed | 5800-000 | $0.00 | $777.48 | $777.48 | $0.00 | $0.00 | $0.00 | $777.48 |
| 41 | PITNEY BOWES INC 27 Waterview Drive Shelton CT 06484 | 06/30/2008 | priority 507(a)(8) other | Allowed | 5800-000 | $0.00 | $136.58 | $136.58 | $0.00 | $0.00 | $0.00 | $136.58 |
| 50 | CRISPIN & BASILIO 7111 PROVIDENCE WAY Fontana CA 92336 | 10/28/2008 | priority 507(a)(8) other | Allowed | 5800-000 | $0.00 | $4,902.00 | $4,902.00 | $0.00 | $0.00 | $0.00 | $4,902.00 |
| 57 | ULINE 2200 S LAKESIDE DR. Waukegan IL 60085 | 02/10/2011 | priority 507(a)(8) other | Allowed | 5800-000 | $0.00 | $950.41 | $950.41 | $0.00 | $0.00 | $0.00 | $950.41 |

CLAIM ANALYSIS REPORT                                                                 Page No: 2                    Exhibit C

| Case No.: | 08-02469-TAB | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | ACTIVE ENDEAVORS LLC | | Date: | 6/13/2014 |
| Claims Bar Date: | 04/29/2011 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | DEPARTMENT OF TREASURY Internal Revenue Service PO Box 7346 Philadelphia PA 19101-7346 | 03/24/2008 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $39,525.07 | $39,525.07 | $0.00 | $0.00 | $0.00 | $39,525.07 |
| 3 | DEPARTMENT OF TREASURY Internal Revenue Service PO Box 7346 Philadelphia PA 19101-7346 | 03/28/2008 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $39,525.07 | $39,525.07 | $0.00 | $0.00 | $0.00 | $39,525.07 |
| 4 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 South State Street Chicago IL 60603 | 03/28/2008 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $75,743.94 | $75,743.94 | $0.00 | $0.00 | $0.00 | $75,743.94 |

**Claim Notes:** (4-1) Unemployment taxes(4-2) Unemployment tax.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Unit 100 W. Randolph St., #7-400 Chicago IL 60601 | 05/06/2008 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $432,527.26 | $432,527.26 | $0.00 | $0.00 | $0.00 | $432,527.26 |
| 39 | BOTKIER, INC. 13 CROSBY ST. SUITE 500 New York NY 10013 | 05/23/2008 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $22,400.00 | $22,400.00 | $0.00 | $0.00 | $0.00 | $22,400.00 |
| 67 | ROBERT DAVIS 8815 SE 9th Ave Portland OR 97202 | 05/03/2011 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $826,199.92 | $826,199.92 | $0.00 | $0.00 | $0.00 | $826,199.92 |
| 68 | STEPHANIE WEXELBAUM ROSEN fka Stephanie Wexelbaum 85 Norrans Ridge Drive Ridgefield CT 06877 | 05/04/2011 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $530.00 | $530.00 | $0.00 | $0.00 | $0.00 | $530.00 |

CLAIM ANALYSIS REPORT                                                                                          Page No: 3                    Exhibit C

| Case No.: | 08-02469-TAB | | | | | | | | | Trustee Name: | Gus A. Paloian | |
| Case Name: | ACTIVE ENDEAVORS LLC | | | | | | | | | Date: | 6/13/2014 | |
| Claims Bar Date: | 04/29/2011 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | OFFICE DEPOT<br><br>2200 Old Germantown Rd.<br>Delray Beach FL 33445 | 02/12/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,000.56 | $6,000.56 | $0.00 | $0.00 | $0.00 | $6,000.56 |
| 4b | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 South State Street<br>Chicago IL 60603 | 03/28/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,600.00 | $1,600.00 | $0.00 | $0.00 | $0.00 | $1,600.00 |

**Claim Notes:** (4-1) Unemployment taxes(4-2) Unemployment tax.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | COMED CO<br><br>2100 Swift Drive<br>Attn: Bankruptcy Section/Revenue Management<br>Oakbrook IL 60523 | 04/07/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,108.39 | $1,108.39 | $0.00 | $0.00 | $0.00 | $1,108.39 |
| 6 | FELIX REY<br><br>611 BROADWAY<br>SUITE 828<br>New York NY 10012-2648 | 04/11/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,854.36 | $1,854.36 | $0.00 | $0.00 | $0.00 | $1,854.36 |
| 7 | BILLY KIRK<br><br>140 BAY ST.<br>UNIT 21<br>Jersey City NJ 07302 | 04/11/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,430.00 | $1,430.00 | $0.00 | $0.00 | $0.00 | $1,430.00 |
| 8 | REZNICK GROUP<br><br>4711 W GOLF RD.<br>SUITE 200<br>Skokie IL 60076 | 04/14/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $48,635.62 | $48,635.62 | $0.00 | $0.00 | $0.00 | $48,635.62 |
| 9 | PEOPLES GAS LIGHT AND COKE CO<br>130 E RANDOLPH DRIVE<br>CHICAGO IL 60601 | 04/16/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,349.48 | $2,349.48 | $0.00 | $0.00 | $0.00 | $2,349.48 |

CLAIM ANALYSIS REPORT                                                    Page No: 4                    Exhibit C

| Case No. | 08-02469-TAB | | | | | | | | Trustee Name: | Gus A. Paloian | |
| Case Name: | ACTIVE ENDEAVORS LLC | | | | | | | | Date: | 6/13/2014 | |
| Claims Bar Date: | 04/29/2011 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | MEOW INC. D/B/A REBECCA TAYLOR 307 W 36TH ST. 16TH FL New York NY 10018 | 04/15/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $17,347.00 | $17,347.00 | $0.00 | $0.00 | $0.00 | $17,347.00 |
| 11 | DICKERSON, ANDY 2215 FORESTVIEW Evanston IL 60201 | 04/15/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 | $0.00 | $0.00 | $100,000.00 |
| 12 | R&T SECURITY SOLUTIONS 1217 ROBINWOOD LN La Grange Park IL 60526 | 04/15/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $203.81 | $203.81 | $0.00 | $0.00 | $0.00 | $203.81 |
| 13 | PATCH NYC, INC. PO BOX 1655 New York NY 10113 | 04/17/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $252.00 | $252.00 | $0.00 | $0.00 | $0.00 | $252.00 |
| 14 | ROSENTHAL, INC. Donald S. Leonard 1370 Broadway 3rd. Floor New York NY 10018 | 04/17/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $26,246.00 | $26,246.00 | $0.00 | $0.00 | $0.00 | $26,246.00 |
| 15 | MIKE & CHRIS 834 S BROADWAY 2ND FLOOR Los Angeles CA 90014 | 04/18/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $28,626.10 | $28,626.10 | $0.00 | $0.00 | $0.00 | $28,626.10 |
| 16 | DARYL K 21 BOND ST. New York NY 10012 | 04/21/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,703.00 | $3,703.00 | $0.00 | $0.00 | $0.00 | $3,703.00 |
| 17 | FIGHTING EEL, INC. PO BOX 37745 HONOLULU, HI | 04/21/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,420.22 | $11,420.22 | $0.00 | $0.00 | $0.00 | $11,420.22 |

CLAIM ANALYSIS REPORT    Page No: 5    Exhibit C

| Case No. | 08-02469-TAB | | Trustee Name: | Gus A. Paloian |
| Case Name: | ACTIVE ENDEAVORS LLC | | Date: | 6/13/2014 |
| Claims Bar Date: | 04/29/2011 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | BARKING IRONS<br><br>161 BOWERY<br>4TH FLOOR<br>New York NY 10002 | 04/21/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,294.23 | $4,294.23 | $0.00 | $0.00 | $0.00 | $4,294.23 |
| 19 | VELVET INC.<br><br>3961 LANDMARK ST.<br>Culver City CA 90232 | 04/21/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,800.97 | $13,800.97 | $0.00 | $0.00 | $0.00 | $13,800.97 |
| 20 | DRY AGE DENIM<br><br>1545 RIO VISTA AVE.<br>Los Angeles CA 90023 | 04/22/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $23,688.00 | $23,688.00 | $0.00 | $0.00 | $0.00 | $23,688.00 |
| 21 | BSON<br><br>1345 HOWARD ST.<br>San Francisco CA 94103 | 04/25/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,874.00 | $9,874.00 | $0.00 | $0.00 | $0.00 | $9,874.00 |
| 22 | SUSANA MONACO<br><br>263 W 38TH ST.<br>17TH FLOOR<br>New York NY 10018 | 04/28/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $16,209.00 | $16,209.00 | $0.00 | $0.00 | $0.00 | $16,209.00 |
| 23 | QUENTIN & CLAUDE<br><br>5228 VINCENT AVE.<br>Los Angeles CA 90041 | 04/28/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,709.00 | $1,709.00 | $0.00 | $0.00 | $0.00 | $1,709.00 |
| 24 | CALIEAGLE, LLC<br><br>1025 DIAMOND ST.<br>San Francisco CA 94114 | 04/29/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,415.50 | $3,415.50 | $0.00 | $0.00 | $0.00 | $3,415.50 |

CLAIM ANALYSIS REPORT                                                          Page No: 6                    Exhibit C

| Case No. | 08-02469-TAB | | | | Trustee Name: | | Gus A. Paloian |
|---|---|---|---|---|---|---|---|
| Case Name: | ACTIVE ENDEAVORS LLC | | | | Date: | | 6/13/2014 |
| Claims Bar Date: | 04/29/2011 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | COMED CO<br><br>2100 Swift Drive<br>Attn: Bankruptcy Section/Revenue Management<br>Oakbrook IL 60523 | 05/05/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,822.62 | $2,822.62 | $0.00 | $0.00 | $0.00 | $2,822.62 |
| 26 | LL 853, LLC<br><br>908 N Halsted<br>Chicago iL 60622 | 05/05/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $273,148.18 | $273,148.18 | $0.00 | $0.00 | $0.00 | $273,148.18 |
| 27 | OBEDIENT SONS<br><br>47 ANN ST.<br>#6R<br>New York NY 10038 | 05/05/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,820.00 | $4,820.00 | $0.00 | $0.00 | $0.00 | $4,820.00 |
| 30 | HARTFORD FIRE INSURANCE COMPANY<br>Bankruptcy Unit, T-1-55<br>Hartford Plaza<br>Hartford CT 06115 | 05/05/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31b | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Unit<br>100 W. Randolph St.,<br>#7-400<br>Chicago IL 60601 | 05/06/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,107.75 | $14,107.75 | $0.00 | $0.00 | $0.00 | $14,107.75 |
| 32 | KATE & KASS<br><br>312 W. 5th Street M-9<br>Los Angeles CA 90013 | 05/06/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,761.51 | $4,761.51 | $0.00 | $0.00 | $0.00 | $4,761.51 |
| Claim Notes: | (32-2) Goods sold | | | | | | | | | | | |
| 33 | ELITE MODELING AGENCY<br>58 W HURON<br>Chicago IL 60610 | 05/08/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $19,603.50 | $19,603.50 | $0.00 | $0.00 | $0.00 | $19,603.50 |

CLAIM ANALYSIS REPORT                                                         Page No:  7                    Exhibit C

| Case No. | 08-02469-TAB | | | | | | Trustee Name: | | Gus A. Paloian | | |
| Case Name: | ACTIVE ENDEAVORS LLC | | | | | | Date: | | 6/13/2014 | | |
| Claims Bar Date: | 04/29/2011 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | CHOSEN MANAGEMENT 58 WEST HURON Chicago IL 60654-3806 | 05/08/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,080.00 | $1,080.00 | $0.00 | $0.00 | $0.00 | $1,080.00 |
| 35 | LILY MCNEAL 860 S LOS ANGELES ST. #150 Los Angeles CA 90014 | 05/14/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,862.00 | $8,862.00 | $0.00 | $0.00 | $0.00 | $8,862.00 |
| 36 | FORD MODELS, INC. c/o Michael Weis P O Box 1166 Northbrook IL 60065 | 05/15/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $33,437.07 | $33,437.07 | $0.00 | $0.00 | $0.00 | $33,437.07 |
| 37 | PATAGONIA, INC. C/O KYLE MCINTOSH 259 W SANTA CLARA ST. VENTURA CA 93001-2545 | 05/15/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $587,630.83 | $587,630.83 | $0.00 | $0.00 | $0.00 | $587,630.83 |
| 38 | OBESITY & SPEED 620 6TH ST. #2 New York NY 10009 | 05/20/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,861.00 | $1,861.00 | $0.00 | $0.00 | $0.00 | $1,861.00 |
| 40 | 2DO ENTERPRISES, LLC 25471 COUNTRYSIDE CT Barrington IL 60010 | 06/03/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $259,000.00 | $259,000.00 | $0.00 | $0.00 | $0.00 | $259,000.00 |
| 42 | MARCOLIN EYEWEAR 7543 EAST TIERRA BUENA LANE Scottsdale AZ 85260 | 07/16/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,100.74 | $10,100.74 | $0.00 | $0.00 | $0.00 | $10,100.74 |
| 43 | ONE KID LLC 160 CARTER HENRY DR. Fairfield CT 06824 | 07/29/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,257.10 | $7,257.10 | $0.00 | $0.00 | $0.00 | $7,257.10 |

CLAIM ANALYSIS REPORT                                                                                    Page No:  8          Exhibit C

| Case No.: | 08-02469-TAB | | Trustee Name: | Gus A. Paloian |
| Case Name: | ACTIVE ENDEAVORS LLC | | Date: | 6/13/2014 |
| Claims Bar Date: | 04/29/2011 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | TROVATA,INC<br><br>c/o IFS<br>c/o Stoneham Rd#200<br>North Canton OH 44720 | 08/04/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $67,029.00 | $67,029.00 | $0.00 | $0.00 | $0.00 | $67,029.00 |
| 45 | NIXON, INC.<br><br>c/o IFS<br>5200 Stoneham Rd #200<br>North Canton OH 44720 | 08/04/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,400.00 | $1,400.00 | $0.00 | $0.00 | $0.00 | $1,400.00 |
| 47 | PEOPLES GAS LIGHT & COKE CO.<br>130 E Randolph Drive<br>Chicago IL 60601 | 09/03/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,349.68 | $2,349.68 | $0.00 | $0.00 | $0.00 | $2,349.68 |
| 48 | CHIMALA DESIGN INC.<br><br>224 West 35th St. # 609<br>New York NY 10001 | 10/10/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,052.00 | $9,052.00 | $0.00 | $0.00 | $0.00 | $9,052.00 |

**Claim Notes:**    (48-2) Corrects Case Number - No Other Changes

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | COMED CO<br><br>2100 Swift Drive<br>Attn: Bankruptcy Section/Revenue Management<br>Oakbrook IL 60523 | 10/27/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,905.40 | $7,905.40 | $0.00 | $0.00 | $0.00 | $7,905.40 |
| 52 | SINV TERMINAL USA, INC.<br>C/O STEIN & ROTMAN<br>105 W. MADISON ST. #600<br>CHICAGO IL 60602 | 12/08/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,265.00 | $7,265.00 | $0.00 | $0.00 | $0.00 | $7,265.00 |
| 53 | EULER HERMES ACI<br><br>Assignee of C3 Worldwide, LLC<br>800 Red Brook Boulevard<br>Owings Mills MD 21117 | 12/15/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $16,872.26 | $16,872.26 | $0.00 | $0.00 | $0.00 | $16,872.26 |

CLAIM ANALYSIS REPORT                                    Page No: 9              Exhibit C

| Case No. | 08-02469-TAB | | | | | | Trustee Name: | Gus A. Paloian | | | |
| Case Name: | ACTIVE ENDEAVORS LLC | | | | | | Date: | 6/13/2014 | | | |
| Claims Bar Date: | 04/29/2011 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | STEPHANIE WEXELBAUM ROSEN fka Stephanie Wexelbaum 85 Norrans Ridge Drive Ridgefield CT 06877 | 09/29/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $530.00 | $530.00 | $0.00 | $0.00 | $0.00 | $530.00 |
| 56 | SWISHER HYGIENE Franchise Trust 4725 Piedmont Row Dr Ste 400 Charlotte NC 28210 | 02/09/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $848.00 | $848.00 | $0.00 | $0.00 | $0.00 | $848.00 |
| 57a | ULINE 2200 S LAKESIDE DR. Waukegan IL 60085 | 02/10/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,587.31 | $1,587.31 | $0.00 | $0.00 | $0.00 | $1,587.31 |
| 58 | CHOSEN MANAGEMENT 58 WEST HURON Chicago IL 60654-3806 | 02/10/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,080.00 | $1,080.00 | $0.00 | $0.00 | $0.00 | $1,080.00 |
| 59 | FELIX REY 611 BROADWAY SUITE 828 New York NY 10012-2648 | 02/10/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,373.60 | $1,373.60 | $0.00 | $0.00 | $0.00 | $1,373.60 |
| 60 | DRY AGE DENIM 1545 RIO VISTA AVE. Los Angeles CA 90023 | 02/10/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,588.90 | $10,588.90 | $0.00 | $0.00 | $0.00 | $10,588.90 |
| 61 | CHIMALA DESIGN, INC. 224 West 35th Street Suite 609 New York NY 10001 | 02/15/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,052.00 | $9,052.00 | $0.00 | $0.00 | $0.00 | $9,052.00 |

Claim Notes:     (61-1) Goods Sold

CLAIM ANALYSIS REPORT  Page No: 10  Exhibit C

| Case No. | 08-02469-TAB | | Trustee Name: | Gus A. Paloian |
| Case Name: | ACTIVE ENDEAVORS LLC | | Date: | 6/13/2014 |
| Claims Bar Date: | 04/29/2011 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | SEXY PANTIES & NAUGHTY KNICKERS 7 Fernshaw Road London SW10 0TB | 02/23/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,531.60 | $1,531.60 | $0.00 | $0.00 | $0.00 | $1,531.60 |

**Claim Notes:**  (62-1) Goods Sold

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63 | DICKERSON, ANDY 2215 FORESTVIEW Evanston IL 60201 | 02/28/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 | $0.00 | $0.00 | $100,000.00 |
| 64 | KNEPPER, MARK 1030 SHERIDAN RD. Evanston IL 60202 | 03/01/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 | $0.00 | $0.00 | $100,000.00 |
| 65 | FILSON CORPORATION PO BOX 34020 Seattle WA 98124 | 03/07/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,733.98 | $5,733.98 | $0.00 | $0.00 | $0.00 | $5,733.98 |
| 66 | BARKING IRONS 161 BOWERY 4TH FLOOR New York NY 10002 | 04/20/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,294.23 | $4,294.23 | $0.00 | $0.00 | $0.00 | $4,294.23 |
| 28 | HARTFORD FIRE INSURANCE COMPANY Bankruptcy Unit, T-1-55 Hartford Plaza Hartford CT 06115 | 05/05/2008 | EXP. - OTHER PROF. (CH7) | Allowed | 7100-000 | $0.00 | $555.51 | $555.51 | $0.00 | $0.00 | $0.00 | $555.51 |
| 29 | HARTFORD FIRE INSURANCE COMPANY Bankruptcy Unit, T-1-55 Hartford Plaza Hartford CT 06115 | 05/05/2008 | EXP. - OTHER PROF. (CH7) | Allowed | 7100-000 | $0.00 | $1,358.78 | $1,358.78 | $0.00 | $0.00 | $0.00 | $1,358.78 |

CLAIM ANALYSIS REPORT                                                              Page No:  11                    Exhibit C

| Case No.: | 08-02469-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | ACTIVE ENDEAVORS LLC | Date: | 6/13/2014 |
| Claims Bar Date: | 04/29/2011 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | OFFICE OF THE U.S. TRUSTEE 219 S Dearborn St Room 873 Chicago IL 60604 | 08/21/2008 | EXP. - OTHER PROF. (CH7) | Allowed | 7100-000 | $0.00 | $9,750.00 | $9,750.00 | $0.00 | $0.00 | $0.00 | $9,750.00 |
| 51 | OFFICE OF THE U.S. TRUSTEE 219 S Dearborn St Room 873 Chicago IL 60604 | 10/31/2008 | EXP. - OTHER PROF. (CH7) | Allowed | 7100-000 | $0.00 | $5,525.00 | $5,525.00 | $0.00 | $0.00 | $0.00 | $5,525.00 |
| 54 | HARTFORD FIRE INSURANCE COMPANY Bankruptcy Unit, T-1-55 Hartford Plaza Hartford CT 06115 | 03/20/2009 | EXP. - OTHER PROF. (CH7) | Allowed | 7100-000 | $0.00 | $971.46 | $971.46 | $0.00 | $0.00 | $0.00 | $971.46 |
| | | | | | | $3,413,615.69 | $3,387,967.95 | $0.00 | $0.00 | $0.00 | $3,387,967.95 | |

CLAIM ANALYSIS REPORT   Page No:   12   Exhibit C

| | |
|---|---|
| **Case No.** | 08-02469-TAB |
| **Case Name:** | ACTIVE ENDEAVORS LLC |
| **Claims Bar Date:** | 04/29/2011 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Date:** | 6/13/2014 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) | $30,562.00 | $4,914.26 | $0.00 | $0.00 | $0.00 | $4,914.26 |
| Clerk of the Courts Costs | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| EXP. - OTHER PROF. (CH7) | $18,160.75 | $18,160.75 | $0.00 | $0.00 | $0.00 | $18,160.75 |
| General Unsecured 726(a)(2) | $1,900,752.50 | $1,900,752.50 | $0.00 | $0.00 | $0.00 | $1,900,752.50 |
| priority 507(a)(8) other | $26,058.92 | $26,058.92 | $0.00 | $0.00 | $0.00 | $26,058.92 |
| SECURED CLAIMS | $609,721.34 | $609,721.34 | $0.00 | $0.00 | $0.00 | $609,721.34 |
| Tardy General Unsecured 726(a)(3) | $826,729.92 | $826,729.92 | $0.00 | $0.00 | $0.00 | $826,729.92 |
| Trustee Compensation | $1,380.26 | $1,380.26 | $0.00 | $0.00 | $0.00 | $1,380.26 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      08-02469-TAB
Case Name:   ACTIVE ENDEAVORS LLC
Trustee Name:  Gus A. Paloian

Balance on hand:      $6,294.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | Department of Treasury | $39,525.07 | $39,525.07 | $0.00 | $0.00 |
| 3 | Department of Treasury | $39,525.07 | $39,525.07 | $0.00 | $0.00 |
| 4 | Illinois Department of Employment Security | $75,743.94 | $75,743.94 | $0.00 | $0.00 |
| 31 | Illinois Department of Revenue | $432,527.26 | $432,527.26 | $0.00 | $0.00 |
| 39 | BOTKIER, INC. | $22,400.00 | $22,400.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:      $0.00
Remaining balance:      $6,294.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $1,380.26 | $0.00 | $1,380.26 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $4,914.26 | $0.00 | $4,664.26 |
| CLERK OF THE COURT, U.S. BANKRUPTCY COURT, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses:      $6,294.52
Remaining balance:      $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:    $0.00

Remaining balance:    $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $26,058.92 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4a | Illinois Department of Employment Security | $19,292.45 | $0.00 | $0.00 |
| 31a | Illinois Department of Revenue | $777.48 | $0.00 | $0.00 |
| 41 | Pitney Bowes Inc | $136.58 | $0.00 | $0.00 |
| 50 | CRISPIN & BASILIO | $4,902.00 | $0.00 | $0.00 |
| 57 | ULINE | $950.41 | $0.00 | $0.00 |

Total to be paid to priority claims:    $0.00

Remaining balance:    $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,918,913.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Office Depot | $6,000.56 | $0.00 | $0.00 |
| 4b | Illinois Department of Employment Security | $1,600.00 | $0.00 | $0.00 |
| 5 | COMED CO | $1,108.39 | $0.00 | $0.00 |
| 6 | FELIX REY | $1,854.36 | $0.00 | $0.00 |
| 7 | BILLY KIRK | $1,430.00 | $0.00 | $0.00 |
| 8 | REZNICK GROUP | $48,635.62 | $0.00 | $0.00 |
| 9 | PEOPLES GAS LIGHT AND COKE CO | $2,349.48 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 10 | MEOW INC. D/B/A REBECCA TAYLOR | $17,347.00 | $0.00 | $0.00 |
| 11 | DICKERSON, ANDY | $100,000.00 | $0.00 | $0.00 |
| 12 | R&T SECURITY SOLUTIONS | $203.81 | $0.00 | $0.00 |
| 13 | PATCH NYC, INC. | $252.00 | $0.00 | $0.00 |
| 14 | ROSENTHAL, INC. | $26,246.00 | $0.00 | $0.00 |
| 15 | MIKE & CHRIS | $28,626.10 | $0.00 | $0.00 |
| 16 | DARYL K | $3,703.00 | $0.00 | $0.00 |
| 17 | FIGHTING EEL, INC. | $11,420.22 | $0.00 | $0.00 |
| 18 | BARKING IRONS | $4,294.23 | $0.00 | $0.00 |
| 19 | VELVET INC. | $13,800.97 | $0.00 | $0.00 |
| 20 | DRY AGE DENIM | $23,688.00 | $0.00 | $0.00 |
| 21 | BSON | $9,874.00 | $0.00 | $0.00 |
| 22 | SUSANA MONACO | $16,209.00 | $0.00 | $0.00 |
| 23 | QUENTIN & CLAUDE | $1,709.00 | $0.00 | $0.00 |
| 24 | CALIEAGLE, LLC | $3,415.50 | $0.00 | $0.00 |
| 25 | COMED CO | $2,822.62 | $0.00 | $0.00 |
| 26 | LI 853, LLC | $273,148.18 | $0.00 | $0.00 |
| 27 | OBEDIENT SONS | $4,820.00 | $0.00 | $0.00 |
| 28 | Hartford Fire Insurance Company | $555.51 | $0.00 | $0.00 |
| 29 | Hartford Fire Insurance Company | $1,358.78 | $0.00 | $0.00 |
| 30 | Hartford Fire Insurance Company | $0.00 | $0.00 | $0.00 |
| 31b | Illinois Department of Revenue | $14,107.75 | $0.00 | $0.00 |
| 32 | KATE & KASS | $4,761.51 | $0.00 | $0.00 |
| 33 | ELITE MODELING AGENCY | $19,603.50 | $0.00 | $0.00 |
| 34 | CHOSEN MANAGEMENT | $1,080.00 | $0.00 | $0.00 |
| 35 | LILY MCNEAL | $8,862.00 | $0.00 | $0.00 |
| 36 | FORD MODELS, INC. | $33,437.07 | $0.00 | $0.00 |
| 37 | PATAGONIA, INC. C/O KYLE MCINTOSH | $587,630.83 | $0.00 | $0.00 |
| 38 | OBESITY & SPEED | $1,861.00 | $0.00 | $0.00 |
| 40 | 2DO ENTERPRISES, LLC | $259,000.00 | $0.00 | $0.00 |
| 42 | MARCOLIN EYEWEAR | $10,100.74 | $0.00 | $0.00 |
| 43 | ONE KID LLC | $7,257.10 | $0.00 | $0.00 |
| 44 | TROVATA,INC | $67,029.00 | $0.00 | $0.00 |
| 45 | NIXON, INC. | $1,400.00 | $0.00 | $0.00 |
| 46 | Office of the U.S. Trustee | $9,750.00 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| 47 | Peoples Gas Light & Coke Co. | $2,349.68 | $0.00 | $0.00 |
| 48 | Chimala Design Inc. | $9,052.00 | $0.00 | $0.00 |
| 49 | COMED CO | $7,905.40 | $0.00 | $0.00 |
| 51 | Office of the U.S. Trustee | $5,525.00 | $0.00 | $0.00 |
| 52 | SINV TERMINAL USA, INC. | $7,265.00 | $0.00 | $0.00 |
| 53 | Euler Hermes ACI | $16,872.26 | $0.00 | $0.00 |
| 54 | Hartford Fire Insurance Company | $971.46 | $0.00 | $0.00 |
| 55 | Stephanie Wexelbaum Rosen | $530.00 | $0.00 | $0.00 |
| 56 | SWISHER | $848.00 | $0.00 | $0.00 |
| 57a | ULINE | $1,587.31 | $0.00 | $0.00 |
| 58 | CHOSEN MANAGEMENT | $1,080.00 | $0.00 | $0.00 |
| 59 | FELIX REY | $1,373.60 | $0.00 | $0.00 |
| 60 | DRY AGE DENIM | $10,588.90 | $0.00 | $0.00 |
| 61 | Chimala Design, Inc. | $9,052.00 | $0.00 | $0.00 |
| 62 | Sexy Panties & Naughty Knickers | $1,531.60 | $0.00 | $0.00 |
| 63 | DICKERSON, ANDY | $100,000.00 | $0.00 | $0.00 |
| 64 | KNEPPER, MARK | $100,000.00 | $0.00 | $0.00 |
| 65 | FILSON CORPORATION | $5,733.98 | $0.00 | $0.00 |
| 66 | BARKING IRONS | $4,294.23 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $826,729.92 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 67 | ROBERT DAVIS | $826,199.92 | $0.00 | $0.00 |
| 68 | Stephanie Wexelbaum Rosen | $530.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |