**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-02469-TAB |
| | § | |
| ACTIVE ENDEAVORS LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 8/12/14 in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL  60604.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:     July 8, 2014         By:   /s/ Gus A. Paloian
                                       Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: § Case No. 08-02469-TAB
§
ACTIVE ENDEAVORS LLC §
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $6,302.55
*and approved disbursements of* $8.03
*leaving a balance on hand of[1]:* $6,294.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | Department of Treasury | $39,525.07 | $39,525.07 | $0.00 | $0.00 |
| 3 | Department of Treasury | $39,525.07 | $39,525.07 | $0.00 | $0.00 |
| 4 | Illinois Department of Employment Security | $75,743.94 | $75,743.94 | $0.00 | $0.00 |
| 31 | Illinois Department of Revenue | $432,527.26 | $432,527.26 | $0.00 | $0.00 |
| 39 | BOTKIER, INC. | $22,400.00 | $22,400.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $6,294.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $1,380.26 | $0.00 | $1,380.26 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $4,914.26 | $0.00 | $4,664.26 |
| CLERK OF THE COURT, U.S. BANKRUPTCY COURT, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses: $6,294.52
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $26,058.92 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4a | Illinois Department of Employment Security | $19,292.45 | $0.00 | $0.00 |
| 31a | Illinois Department of Revenue | $777.48 | $0.00 | $0.00 |
| 41 | Pitney Bowes Inc | $136.58 | $0.00 | $0.00 |
| 50 | CRISPIN & BASILIO | $4,902.00 | $0.00 | $0.00 |
| 57 | ULINE | $950.41 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,918,913.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid

**UST Form 101-7-NFR (10/1/2010)**

in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Office Depot | $6,000.56 | $0.00 | $0.00 |
| 4b | Illinois Department of Employment Security | $1,600.00 | $0.00 | $0.00 |
| 5 | COMED CO | $1,108.39 | $0.00 | $0.00 |
| 6 | FELIX REY | $1,854.36 | $0.00 | $0.00 |
| 7 | BILLY KIRK | $1,430.00 | $0.00 | $0.00 |
| 8 | REZNICK GROUP | $48,635.62 | $0.00 | $0.00 |
| 9 | PEOPLES GAS LIGHT AND COKE CO | $2,349.48 | $0.00 | $0.00 |
| 10 | MEOW INC. D/B/A REBECCA TAYLOR | $17,347.00 | $0.00 | $0.00 |
| 11 | DICKERSON, ANDY | $100,000.00 | $0.00 | $0.00 |
| 12 | R&T SECURITY SOLUTIONS | $203.81 | $0.00 | $0.00 |
| 13 | PATCH NYC, INC. | $252.00 | $0.00 | $0.00 |
| 14 | ROSENTHAL, INC. | $26,246.00 | $0.00 | $0.00 |
| 15 | MIKE & CHRIS | $28,626.10 | $0.00 | $0.00 |
| 16 | DARYL K | $3,703.00 | $0.00 | $0.00 |
| 17 | FIGHTING EEL, INC. | $11,420.22 | $0.00 | $0.00 |
| 18 | BARKING IRONS | $4,294.23 | $0.00 | $0.00 |
| 19 | VELVET INC. | $13,800.97 | $0.00 | $0.00 |
| 20 | DRY AGE DENIM | $23,688.00 | $0.00 | $0.00 |
| 21 | BSON | $9,874.00 | $0.00 | $0.00 |
| 22 | SUSANA MONACO | $16,209.00 | $0.00 | $0.00 |
| 23 | QUENTIN & CLAUDE | $1,709.00 | $0.00 | $0.00 |
| 24 | CALIEAGLE, LLC | $3,415.50 | $0.00 | $0.00 |
| 25 | COMED CO | $2,822.62 | $0.00 | $0.00 |
| 26 | Ll 853, LLC | $273,148.18 | $0.00 | $0.00 |
| 27 | OBEDIENT SONS | $4,820.00 | $0.00 | $0.00 |
| 28 | Hartford Fire Insurance Company | $555.51 | $0.00 | $0.00 |
| 29 | Hartford Fire Insurance Company | $1,358.78 | $0.00 | $0.00 |
| 30 | Hartford Fire Insurance Company | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 31b | Illinois Department of Revenue | $14,107.75 | $0.00 | $0.00 |
| 32 | KATE & KASS | $4,761.51 | $0.00 | $0.00 |
| 33 | ELITE MODELING AGENCY | $19,603.50 | $0.00 | $0.00 |
| 34 | CHOSEN MANAGEMENT | $1,080.00 | $0.00 | $0.00 |
| 35 | LILY MCNEAL | $8,862.00 | $0.00 | $0.00 |
| 36 | FORD MODELS, INC. | $33,437.07 | $0.00 | $0.00 |
| 37 | PATAGONIA, INC. C/O KYLE MCINTOSH | $587,630.83 | $0.00 | $0.00 |
| 38 | OBESITY & SPEED | $1,861.00 | $0.00 | $0.00 |
| 40 | 2DO ENTERPRISES, LLC | $259,000.00 | $0.00 | $0.00 |
| 42 | MARCOLIN EYEWEAR | $10,100.74 | $0.00 | $0.00 |
| 43 | ONE KID LLC | $7,257.10 | $0.00 | $0.00 |
| 44 | TROVATA,INC | $67,029.00 | $0.00 | $0.00 |
| 45 | NIXON, INC. | $1,400.00 | $0.00 | $0.00 |
| 46 | Office of the U.S. Trustee | $9,750.00 | $0.00 | $0.00 |
| 47 | Peoples Gas Light & Coke Co. | $2,349.68 | $0.00 | $0.00 |
| 48 | Chimala Design Inc. | $9,052.00 | $0.00 | $0.00 |
| 49 | COMED CO | $7,905.40 | $0.00 | $0.00 |
| 51 | Office of the U.S. Trustee | $5,525.00 | $0.00 | $0.00 |
| 52 | SINV TERMINAL USA, INC. | $7,265.00 | $0.00 | $0.00 |
| 53 | Euler Hermes ACI | $16,872.26 | $0.00 | $0.00 |
| 54 | Hartford Fire Insurance Company | $971.46 | $0.00 | $0.00 |
| 55 | Stephanie Wexelbaum Rosen | $530.00 | $0.00 | $0.00 |
| 56 | SWISHER | $848.00 | $0.00 | $0.00 |
| 57a | ULINE | $1,587.31 | $0.00 | $0.00 |
| 58 | CHOSEN MANAGEMENT | $1,080.00 | $0.00 | $0.00 |
| 59 | FELIX REY | $1,373.60 | $0.00 | $0.00 |
| 60 | DRY AGE DENIM | $10,588.90 | $0.00 | $0.00 |
| 61 | Chimala Design, Inc. | $9,052.00 | $0.00 | $0.00 |
| 62 | Sexy Panties & Naughty Knickers | $1,531.60 | $0.00 | $0.00 |
| 63 | DICKERSON, ANDY | $100,000.00 | $0.00 | $0.00 |
| 64 | KNEPPER, MARK | $100,000.00 | $0.00 | $0.00 |
| 65 | FILSON CORPORATION | $5,733.98 | $0.00 | $0.00 |
| 66 | BARKING IRONS | $4,294.23 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:   $0.00
Remaining balance:   $0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $826,729.92 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 67 | ROBERT DAVIS | $826,199.92 | $0.00 | $0.00 |
| 68 | Stephanie Wexelbaum Rosen | $530.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Gus A. Paloian
Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 08-02469-TAB
Active Endeavors LLC                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 5          Date Rcvd: Jul 09, 2014
                              Form ID: pdf006          Total Noticed: 205

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2014.
```
db           +Active Endeavors LLC,    901 Church St.,    Evanston, IL 60201-3125
aty          +Seyfarth Shaw LLP,    131 S Dearborn Street,    Suite 2400,    Chicago, IL 60603-5863
12083861     +12 LBS., INC.,    325 W 38TH ST.,    #412,   New York, NY 10018-2975
12083862     +2DO ENTERPRISES, LLC,    25471 COUNTRYSIDE CT,    Barrington, IL 60010-7031
12083863     +ACTIVE, INC.,    1527 CHICAGO AVE.,    Evanston, IL 60201-4405
12083864     +ADAM & EVE,    450 WEST 15TH ST.,    SUITE 400,    New York, NY 10011-7012
12083865     +ADINA REYTER,    6819 SEPULVEDA BLVD.,    SUITE 102,    Van Nuys, CA 91405-4440
12083866     +AIDAN INDUSTRIES, INC.,     275 WEST 39TH ST.,    3RD FLOOR,    New York, NY 10018-3195
12083867     +AKA NEW YORK,    182 EAST 95TH ST.,    SUITE 10G,    New York, NY 10128-2566
12083868      ALBERT NEW YORK,    5851 BOWRON PLACE,    Longmont, CO 80503
12083869     +ALEX & TRIXIE,    265 W 37TH ST.,    11TH FLOOR EAST,    New York, NY 10018-5707
12083870     +ALEXIS BITTAR,    45 MAIN ST.,    SUITE 725,    Brooklyn, NY 11201-1076
12083871     +ALISHA LEVINE,    1384 BROADWAY,    SUITE 1200A,    New York, NY 10018-0514
12083872     +ALLEGRA PRING & IMAGING,    1580 MAPLE AVE.,    Evanston, IL 60201-4368
12083873     +ALLIED WASTE SERVICES,    2608 SOUTH DAMEN,    Chicago, IL 60608-5209
12083874      AMERICAN BACKGROUND,    PO BOX 791380,    Baltimore, MD 21279-1380
12083875     +AMSTERDAM,    PO BOX 580,    Amsterdam, NY 12010-0580
12574290     +Arnstein & Lehr LLP,    120 S Riverside Plaza,    Suite 1200,    Chicago IL 60606-3910
12083876     +BA & SH,    30 BROAD ST.,    SUITE 2601,    New York, NY 10004-4102
12083877     #BANK OF AMERICA,    PO BOX 15184,    Wilmington, DE 19850-5184
12083879     +BERGEN SHIPPERS,    7300 WESTSIDE AVE.,    North Bergen, NJ 07047-6428
12083880     +BILLY KIRK,    140 BAY ST.,    UNIT 21,    Jersey City, NJ 07302-5909
12083881     +BING BANG,    176 AINSLIE ST.,    Brooklyn, NY 11211-4811
12083882     +BLACK SHEEP & PRODIGAL SONS,     131 ESSEX ST.,    #4,    New York, NY 10002-2370
12083885     +BSON,    1345 HOWARD ST.,    San Francisco, CA 94103-2616
12083887      BURTON,    PO BOX 11626,    Tacoma, WA 98411-6626
12083888     +CALIEAGLE, LLC,    1025 DIAMOND ST.,    San Francisco, CA 94114-3628
12083889     +CANDELA NYC,    7300 WESTSIDE AVE.,    North Bergen, NJ 07047-6428
12083890      CDW DIRECT LLC,    PO BOX 75723,    Chicago, IL 60675-5723
12083891      CHOSEN MANAGEMENT,    58 WEST HURON,    Chicago, IL 60654-3806
12083892     +CHRISTINA LEHR DESIGNS,    740 LIDGERWOOD AVE.,    Elizabeth, NJ 07202-3127
12083893     +CHRISTOPHER DEANE,    140 BAY ST.,    SUITE 1,    Jersey City, NJ 07302-5914
12083894     +CHURCH ST. PLAZA,    900 CLARK ST.,    Evanston, IL 60201-5613
12083895     +CLOAK & DAGGER DESIGNS, LLC,     110 LUQUER ST.,    SUITE 2,    Brooklyn, NY 11231-3309
12083896      COMCAST,    2508 WEST ROUTE 20,    Mchenry, IL 60051-4712
12083898     +COREY LYNN CALTER, INC.,    719 LOS ANGELES ST.,    #807,    Los Angeles, CA 90014-2129
12083899     +COSABELLA,    12186 SW 128TH ST.,    Miami, FL 33186-5230
12083901     +CRISPIN & BASILIO,    7111 PROVIDENCE WAY,    Fontana, CA 92336-1457
12692356     +Chimala Design Inc.,    224 West 35th St. # 609,    New York, NY 10001-2537
16813478     +Chimala Design, Inc.,    224 West 35th Street,    Suite 609,    New York, NY 10001-2537
12083902     +DAFTBIRD,    112 WEST 9TH ST.,    SUITE 710,    Los Angeles, CA 90015-1531
12083903     +DARYL K,    21 BOND ST.,    New York, NY 10012-2451
12083904     +DAUTORE INTERNATIONAL, LLC,     147 SULLIVAN ST.,    SUITE 3D,    New York, NY 10012-3033
12083905     +DAVIS, ROBERT,    1112 CLEVELAND ST.,    Evanston, IL 60202-2115
12083906     +DAVIS, WILLIAM,    10125 W LORNA BLANCA DR.,    Sun City, AZ 85351-1171
12083907     +DDLA,    145 N SIERRA MADRE BLVD.,    SUITE 6,    Pasadena, CA 91107-3377
12083909     +DEL FORTE DENIM,    5111 TELEGRAPH AVE.,    #266,    Oakland, CA 94609-1925
12083911     +DEVELOPMENT,    5140 PACIFIC BLVD.,    Los Angeles, CA 90058-2223
12083912     +DICKERSON, ANDY,    2215 FORESTVIEW,    Evanston, IL 60201-2009
12083913     +DLA PIPER RUDNICK,    203 NORTH LASALLE,    Chicago, IL 60601-1225
12083914     +DMX,    600 CONGRESS AVE.,    SUITE 400,    Austin, TX 78701-2923
12083915     +DREW ENTERPRISES, LLC,    1245 OAKDALE AVE.,    Chicago, IL 60657-4221
12083916     +DREW ENTERPRISES, LLC,    LAW OFFICES OF JOEL SCHECHTER,    53 WEST JACKSON BLVD.,    SUITE 1025,
               Chicago, IL 60604-3650
12083917     +DRY AGE DENIM,    1545 RIO VISTA AVE.,    Los Angeles, CA 90023-2619
12083918     +DUTCH LLC,    2323 EAST 52ND ST.,    Los Angeles, CA 90058-3443
12083920     +EBERJAY INTIMATES,    7400 NW 7TH ST.,    #102,    Miami, FL 33126-2943
12083922     +ELIJAH, LLC,    252 WEST 38TH ST.,    ATELIER 1502,    New York, NY 10018-5806
12083923     +ELITE MODELING AGENCY,    58 W HURON,    Chicago, IL 60654-3806
12083924     +EVER LLC,    3744 FRUITLAND AVE.,    Maywood, CA 90270-2110
12964882     +Euler Hermes ACI,    Assignee of C3 Worldwide, LLC,    800 Red Brook Boulevard,
               Owings Mills, MD 21117-5173
12083925     +FED EX,    PO BOX 94515,    Palatine, IL 60094-4515
12083926     #FELIX REY,    611 BROADWAY,    SUITE 828,    New York, NY 10012-2648
12083927     +FIGHTING EEL, INC.,    PO BOX 37745,    HONOLULU, HI 96837-0745
12083928     +FILSON CORPORATION,    PO BOX 34020,    Seattle, WA 98124-1020
12083929     +FLOWERS BY ZOE,    27-A DUBON CT.,    Farmingdale, NY 11735-1017
12083931     +FORD MODELS, INC.,    c/o Michael Weis,    P O Box 1166,    Northbrook, IL 60065-1166
12083932     +FOUND DENIM,    5211 WASHINGTON BLVD.,    #2-133,    Los Angeles, CA 90040-3959
12083933     +FREEDON APPAREL,    21132 VANOWEN ST.,    CANOGA PARK, CA 91303-2821
12083934      FRIEDMAN PROPERTIES,    325 N LASALLE ST.,    SUITE 600,    Chicago, IL 60610
12083935     +FRIEDMAN, PHIL,    3636 N BROADWAY,    Chicago, IL 60613-4568
12083936     +GARCON,    724 E 1ST ST.,    SUITE 300,    Los Angeles, CA 90012-4349
12083937     +GENETIC DENIM, LLC,    1013 S LOS ANGELES ST.,    9TH FLOOR,    Los Angeles, CA 90015-1790
```

```
District/off: 0752-1           User: adragonet            Page 2 of 5             Date Rcvd: Jul 09, 2014
                               Form ID: pdf006            Total Noticed: 205

12083938      GLORAY,    621 HEISTERS LANE,    Reading, PA 19604
12083939     +GOLDENBLEU,    2963 MISSION ST.,    San Francisco, CA 94110-3917
12083940     +GORJANA,    3275 LAGUNA CANYON RD.,    R-1,    Laguna Beach, CA 92651-1172
12083941     +GRACE SUM,    22 RIVER TERRACE,    #26D,    New York, NY 10282-1155
12083942     +GRYSON,    401 BROADWAY,    #404,    New York, NY 10013-3031
12083943     +GUSTO,    110 WEST C STREET,    SUITE 2018,    San Diego, CA 92101-3909
12083944     +HANNAH JO APPAREL, INC.,    719 S LOS ANGELES ST.,    SUITE 17,    Los Angeles, CA 90014-2109
12083945     +HAYDEN-HARTNET, LLC,    44 ASH ST.,    Brooklyn, NY 11222-1102
12083946     +HONEYDEW,    1201 S LOS ANGELES ST.,    SUITE 5,    Los Angeles, CA 90015-2597
12209779      Hartford Fire Insurance Company,    Bankruptcy Unit, T-1-55,    Hartford Plaza,
               Hartford, CT 06115
12083947     +IKKS (JEAN BOURGET),    131 W 33RD ST.,    New York, NY 10001-2934
12083950     +IL DEPT OF EMPLOYMENT SECURITY,    BANKRUPTCY UNIT,    401 SOUTH STATE ST.,    3RD FLOOR,
               Chicago, IL 60605-1229
12211463    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Unit,
               100 W. Randolph St.,,    #7-400,    Chicago, IL 60601)
12083952     +INITIUM EYEWEAR,    17155 VON KARMAN,    SUITE 110,    Irvine, CA 92614-0906
12083953      INTERNAL REVENUE SERVICE,    APPEALS OFFICE 200 WEST ADAMS ST.,    SUITE 600,    Chicago, IL 60607
12083957     +INTERNATIONAL CREATIVES, INC.,    1053 S LOS ANGELES ST.,    Los Angeles, CA 90015-1706
12089466     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808
12083948      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12083960      JOAN HAYMAN SWEATERS,    9838 POTOMAC SCHOOL DR.,    Potomac, MD 20854
12083961     +JULIE HAAS,    545 W 34TH ST.,    SUITE 5C,    New York, NY 10001-1398
12083962    #+K AMATO DESIGNS,    1229 W DIVERSEY,    Chicago, IL 60614-1201
12083963     +KAREN ZAMBOS,    112 W 9TH ST.,    SUITE 1226,    Los Angeles, CA 90015-1570
12083964     +KATE & KASS,    312 W. 5th Street M-9,    Los Angeles, CA 90013-1741
12083965     +KENNETH J LANE,    140 58TH ST.,    SUITE 7F,    Brooklyn, NY 11220-2560
12083966     +KINGSLEY,    1032 W 18TH ST.,    SUITE A1,    Costa Mesa, CA 92627-4553
12083967     +KNEPPER, MARK,    1030 SHERIDAN RD.,    Evanston, IL 60202-1440
12083968     +KOOBA,    141 W 36TH ST.,    6TH FLOOR,    New York, NY 10018-7150
12083969      KRANE,    207 ELSON ST.,    TORNTO ONT CANADA
12083970     +KSUBI USA,    6117 W 6TH ST.,    Los Angeles, CA 90048-4801
12083971     +LAKE FOREST BANK,    727 N. BANK LANE,    Lake Forest, IL 60045-1898
12083972     +LAUREN MERKIN,    231 W 29TH ST.,    SUITE 201,    New York, NY 10001-5552
12083973     +LAUREN MOFFAT C/O JMS ASSOCIATES,    1489 PALMETTO PARD RD.,    SUITE 480,
               Boca Raton, FL 33486-3348
12083974     +LAW OFFICES OF JOEL SCHECHTER,    53 WEST JACKSON BLVD.,    SUITE 1025,    Chicago, IL 60604-3650
12083975     +LESA WALLACE HANDBAGS,    210 E ADAMS,    #5,    Huntington Beach, CA 92648-3266
12083976     +LEWIS CHO,    225 W 36TH ST.,    #702,    New York, NY 10018-8933
12083977     +LILY MCNEAL,    860 S LOS ANGELES ST.,    #150,    Los Angeles, CA 90014-3355
12083978     +LODEN DAGER,    147 W 29TH ST.,    5TH FLOOR,    New York, NY 10001-4265
12083979     +LOEFFLER RANDALL,    525 BROADWAY,    SUITE 200,    New York, NY 10012-4482
12083980     +LOFLI,    21143 HAWTHORNE BLVD.,    #137,    Torrance, CA 90503-4615
12083981     +LOOMSTATE,    5 CROSBY ST.,    SUITE 2E,    New York, NY 10013-3154
12209732     +Ll 853, LLC,    908 N Halsted,    Chicago, iL 60642-4219
12083982     +MARCOLIN EYEWEAR,    7543 EAST TIERRA BUENA LANE,    Scottsdale, AZ 85260-1630
12083983     +MARTIN MACK,    4730 W ARMITAGE,    Chicago, IL 60639-3304
12083985     +MELISSA TUBER & ANDREW DAVIS,    1245 W OAKDALE,    Chicago, IL 60657-4221
12083986     +MEOW INC. D/B/A REBECCA TAYLOR,    307 W 36TH ST.,    16TH FL,    New York, NY 10018-6470
12083987     +MICHAELSON ENTERTAINMENT,    1134 EUCLID ST.,    Santa Monica, CA 90403-6309
12083988     +MIKE & CHRIS,    834 S BROADWAY,    2ND FLOOR,    Los Angeles, CA 90014-3263
12083989     +MISCHEN,    255 W 36TH ST.,    #1106,    New York, NY 10018-7758
12083990     +MISS SIXTY,    435 HUDSON ST.,    SUITE 400,    New York, NY 10014-3948
12083991     +MONA & HOLLY,    210 VARET ST.,    Brooklyn, NY 11206-3758
12083992     +MOTIF, INC.,    163 PACIFIC ST.,    Brooklyn, NY 11201-6586
12083993     +MXO TECH, INC.,    1201 W ADAMS ST.,    SUITE 506,    Chicago, IL 60607-2875
12083994     +MYNE,    112 W 9TH ST.,    SUITE 526,    Los Angeles, CA 90015-1559
12083995     +NATIONAL DIRECT LIGHTING,    4101 W 123RD ST.,    Alsip, IL 60803-1803
12083996     +NEAL SPERLING,    455 W 23RD ST.,    SUITE 1C,    New York, NY 10011-2156
12083997     +NIXON, INC.,    c/o IFS,    5200 Stoneham Rd #200,    North Canton, OH 44720-1584
12083998    #NORTH SHORE GAS,    PO BOX A3991,    Chicago, IL 60690-3991
12083999     +NORTHFIELD PARTNERS,    LAW OFFICES OF JOEL SCHECHTER,    53 WEST JACKSON BLVD.,    SUITE 1025,
               Chicago, IL 60604-3650
12084000     +OBEDIENT SONS,    47 ANN ST.,    #6R,    New York, NY 10038-2499
12084001     +OBESITY & SPEED,    620 6TH ST.,    #2,    New York, NY 10009-6837
12084002     +ONE KID LLC,    160 CARTER HENRY DR.,    Fairfield, CT 06824-5701
12084003     +OPENING CEREMONY,    35 HOWARD ST.,    New York, NY 10013-3117
11946682     +Office Depot,    2200 Old Germantown Rd.,    Delray Beach, FL 33445-8223
12084004     +PAIGE PREMIUM,    10119 JEFFERSON BLVD.,    Culver City, CA 90232-3519
12084005      PATAGONIA, INC. C/O KYLE MCINTOSH,    259 W SANTA CLARA ST.,    VENTURA, CA 93001-2545
12084006     +PATCH NYC, INC.,    PO BOX 1655,    New York, NY 10113-1655
12144447     +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,    CHICAGO, IL 60601-6203
12084010     +QUENTIN & CLAUDE,    5228 VINCENT AVE.,    Los Angeles, CA 90041-1401
12084011      QUICKSILVER,    PO BOX 514350,    Los Angeles, CA 90051-4350
12084012     +R&T SECURITY SOLUTIONS,    1217 ROBINWOOD LN,    La Grange Park, IL 60526-5312
12084013     +RACHEL LEIGH,    252 W 38TH ST.,    #904,    New York, NY 10018-9107
12084014      RACHEL MARA,    458-331 SMITH ST.,    WINNEPEG MB CANADA
12084015     +REBECCA MINKOFF,    340 E 18TH ST.,    SUITE B,    New York, NY 10003-2831
```

Case 08-02469   Doc 136   Filed 07/09/14   Entered 07/11/14 23:37:09   Desc Imaged
                          Certificate of Notice   Page 10 of 12

```
District/off: 0752-1          User: adragonet              Page 3 of 5                   Date Rcvd: Jul 09, 2014
                              Form ID: pdf006              Total Noticed: 205

12084016     +REZNICK GROUP,    4711 W GOLF RD.,    SUITE 200,    Skokie, IL 60076-1236
12084017     +RICH & SKINNY,    1612 BEVERLY BLVD.,    Los Angeles, CA 90026-5711
12084018     +ROBERT DAVIS,    8815 SE 9th Ave,    Portland OR 97202-7007
12084019     +ROGAN LLC,    5 CROSBY ST.,    SUITE 2E,    New York, NY 10013-3154
12084020     +ROSENTHAL, INC.,    Donald S. Leonard,    1370 Broadway 3rd. Floor,    New York, NY 10018-7399
12084021     +SARAH LUNA,    7300 WEST SIDE AVE.,    North Bergen, NJ 07047-6428
12084023      SEXY PANTIES & NAUGHTY KNICKERS,    36 WOODSTOCK GROVE,    UNIT 2H,    LONDON, ENGLAND
12940378     +SINV TERMINAL USA, INC.,    C/O STEIN & ROTMAN,    105 W. MADISON ST. #600,
               CHICAGO, IL 60602-4672
12084024     +SPIEWAK,    480 7TH AVE.,    New York, NY 10018-7789
12084025     +STRUCTURE MANAGEMENT MIDWEST,    908 N HALSTED,    Chicago, IL 60642-4219
12084026     +SUNNER,    265 W 37TH ST.,    11TH FLOOR,    New York, NY 10018-5707
12084027     +SUNSHINE & SHADOW,    240 GRAND ST.,    #1,    Brooklyn, NY 11211-4303
12084028      SURFACE TO AIR PARIS,    129 RUE DE TURENE,    PARIS FRANCE
12084029     +SUSANA MONACO,    263 W 38TH ST.,    17TH FLOOR,    New York, NY 10018-0276
14516048     +Stephanie Wexelbaum Rosen,    fka Stephanie Wexelbaum,    85 Norrans Ridge Drive,
               Ridgefield, CT 06877-4237
12084031     +T LUXURY,    760 W 16TH ST.,    SUITE K,    Costa Mesa, CA 92627-4319
12084032     +TALLA,    730 FLORIDA ST.,    SUITE 12,    SAN FRANCISCO, CA 94110-2058
12084033     +TBAGS,    1745 N SPRING ST.,    UNIT 11,    Los Angeles, CA 90012-2072
12084034      TELECHECK SERVICES,    PO BOX 60028,    City Of Industry, CA 91716-0028
12084035     +TESTAMENT,    2325 E 55TH ST.,    Los Angeles, CA 90058-3435
12084036     +THE CAST,    119 LUDLOW ST.,    LOWER LEVEL,    New York, NY 10002-3243
12084037     +THE DRESSER - VITA LIFE,    1013 N ORANGE DR.,    Los Angeles, CA 90038-2317
12084038     +THE HARTFORD,    4401 MIDDLE SETTLEMENT RD.,    New Hartford, NY 13413-5331
12084039     +THE NEWS - CHEAP MONDAY,    495 BROADWAY,    5TH FLOOR,    New York, NY 10012-4457
12084040     +TIBI,    215 BUSINESS CENTER DR.,    Saint Simons Island, GA 31522-2874
12084041     +TOMS SHOES,    3025 OLYMPIC BLVD.,    SUITE C,    Santa Monica, CA 90404-5091
12084042     +TORY BURCH,    99 MADISON AVE.,    New York, NY 10016-7419
12084043     +TRACEY WATTS,    305 W 20TH ST.,    New York, NY 10011-9308
12084044      TROVATA,INC,    c/o IFS,    c/o Stoneham Rd#200,    North Canton, OH 44720,    .
12084045     +TRUTH APPAREL,    1477 WORLD LOGISTICS,    80 INDUSTRIAL PARKWAY,    Burlington, VT 05401-5434
12084046     +TRUTH APPAREL - MK2K,    3809 S HILL ST.,    Los Angeles, CA 90037-1415
12084047     +TT,    984 MCGARRY ST.,    Los Angeles, CA 90021-2359
12084049     +TUBER, CRAIG,    LAW OFFICES OF JOEL SCHECHTER,    53 WEST JACKSON BLVD.,    SUITE 1025,
               Chicago, IL 60604-3650
12084048     +TUBER, CRAIG,    159 E WALTON PLACE,    #32,    Chicago, IL 60611-1971
12084050     +TWELFTH ST. BY CYNTHIA VINCENT,    818 S BROADWAY ST., #1100,    Los Angeles, CA 90014-3249
12084052      ULLA JOHNSON,    2301 B HYPERION AVE.,    Los Angeles, CA 90027
12084053     +UNITED ALARMS,    1854 JOHNS DR.,    Glenview, IL 60025-1657
12084054     +UPS,    55 GLENLAKE PARKWAY NE,    Atlanta, GA 30328-3474
12084055     +URBAN BABA & CO.,    6507 1/2 ORANGE ST.,    Los Angeles, CA 90048-4767
12084056     +VALENTINE C/O VALENTINE LEUNG,    425 PARK PLACE,    #1F,    Brooklyn, NY 11238-4030
12084057     +VELVET INC.,    3961 LANDMARK ST.,    Culver City, CA 90232-2315
12084059     +VOLCOM,    1740 MONROVIA AVE.,    Costa Mesa, CA 92627-4407
12084060     +VROOM,    325 W 38TH ST.,    SUITE 412,    New York, NY 10018-2975
12084061      WCAGA,    13-17 LAIGHT ST.,    5TH FLOOR,    New York, NY 10013
12084062      WORTH & DOUGLAS LTD.,    PO BOX 8566,    AUCKLAND NEW ZEALAND
12084063     +WRATH ARCANE LLC,    1300 W 9TH ST.,    SUITE 400,    Cleveland, OH 44113-1042
12084064     +YAYA BRAND,    140 N LA BREA,    SECOND FLOOR,    Los Angeles, CA 90036-2912
12084065     +YIGAL AZROUEL,    225 W 39TH ST.,    7TH FLOOR,    New York, NY 10018-3139
12084066     +YIOANA BARASHI,    330 W 38TH ST.,    SUITE 502,    New York, NY 10018-8558
12084067      ZOOEY,    1526 C CLOVERFIELD BLVD.,    Santa Monica, CA 90404-3502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12083897     +E-mail/Text: legalcollections@comed.com Jul 10 2014 00:48:40      COMED CO,    2100 Swift Drive,
               Attn: Bankruptcy Section/Revenue,    Management,    Oakbrook, IL 60523-1559
12070124      E-mail/Text: cio.bncmail@irs.gov Jul 10 2014 00:46:40      Department of Treasury,
               Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
12083954      E-mail/Text: cio.bncmail@irs.gov Jul 10 2014 00:46:40      INTERNAL REVENUE SERVICE,
               ATT:  DL CAMPBELL,    230 SOUTH DEARBORN,    Chicago, IL 60604
12083955      E-mail/Text: cio.bncmail@irs.gov Jul 10 2014 00:46:40      INTERNAL REVENUE SERVICE,
               CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,    Philadelphia, PA 19114
12536540     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jul 10 2014 00:47:20      Office of the U.S. Trustee,
               219 S Dearborn St Room 873,    Chicago, IL 60604-2027
12084007     +E-mail/Text: eaguilar@sabanbrands.com Jul 10 2014 00:46:20      PAUL FRANK,    960 W 16TH ST.,
               Costa Mesa, CA 92627-4332
12084008      E-mail/Text: jvolpe@paychex.com Jul 10 2014 00:46:39      PAYCHEX,    1175 JOHN ST.,
               West Henrietta, NY 14586-9199
12371056     +E-mail/Text: bankruptcy@pb.com Jul 10 2014 00:48:42      Pitney Bowes Inc,    27 Waterview Drive,
               Shelton, CT 06484-4361
12084030     +E-mail/Text: bankruptcy@swsh.com Jul 10 2014 00:46:58      SWISHER,    HYGIENE Franchise Trust,
               4725 Piedmont Row Dr Ste 400,    Charlotte, NC 28210-4281
12084051     +E-mail/Text: ulinecollections@uline.com Jul 10 2014 00:48:20      ULINE,    2200 S LAKESIDE DR.,
               Waukegan, IL 60085-8311
                                                                                              TOTAL: 10
```

```
District/off: 0752-1            User: adragonet             Page 4 of 5             Date Rcvd: Jul 09, 2014
                                Form ID: pdf006             Total Noticed: 205


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12083884         BRAUN, PAULA
12083908         DEBORAH SWEENEY LTD.,    115 HUTT PARK RD.,    LEVEL 1
12083910         DEVANLAY
12800099         Office of the U.S. Trustee
16854909         Sexy Panties & Naughty Knickers,    7 Fernshaw Road,    London SW10 0TB
aty*            +Arnstein & Lehr LLP,    120 S Riverside Plaza Ste 1200,    Chicago, Il 60606-3910
12210037*        Hartford Fire Insurance Company,    Bankruptcy Unit, T-1-55,    Hartford Plaza,
                   Hartford, CT 06115
12083956*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,
                   PO BOX 21126,    Philadelphia, PA 19114)
12083949*        Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12083951*        Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12576210*       +Peoples Gas Light & Coke Co.,    130 E Randolph Drive,    Chicago, IL 60601-6203
12083878       ##+BARKING IRONS,    161 BOWERY,    4TH FLOOR,    New York, NY 10002-2846
12083883       ##+BOTKIER, INC.,    13 CROSBY ST.,    SUITE 500,    New York, NY 10013-3145
12083886       ##+BULGA,    208 W 29TH ST.,    SUITE 203,    New York, NY 10001-5382
12083900       ##+COTTON CABOODLE,    203 WEST THOMAS ST.,    Seattle, WA 98119-4213
12083919       ##+EARNEST SEWN,    71 GANSEVOORT ST.,    3RD FLOOR,    New York, NY 10014-1411
12083921       ##+EDUN AMERICAS, INC.,    86 FRANKLIN ST.,    5TH FLOOR,    New York, NY 10013-3466
12083930        ##FOLEY & CORINNA,    150 WEST 25TH ST.,    3RD FLOOR,    New York, NY 10001-7404
12083958       ##+JBRAND,    1201 E WASHINGTON BLVD.,    Los Angeles, CA 90021-3035
12083959       ##+JENNIFER OUELLETTE,    854 W 181ST ST.,    New York, NY 10033-4444
12083984       ##+MAYA BRENNER DESIGNS,    2020 ALEXANDRIA AVE.,    Los Angeles, CA 90027-1704
12084009       ##+PUELLA INC.,    875 VIRGIL AVE.,    Los Angeles, CA 90029-2940
12084022       ##+SEE DESIGNS LLC C/O J ZEUNER,    3005 CANTERBURY DR.,    Boca Raton, FL 33434-3349
12084058       ##+VIV & INGRID,    1601 SOLANO AVE.,    Berkeley, CA 94707-2116
                                                                                          TOTALS: 5, * 6, ## 13
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2014                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2014 at the address(es) listed below:
              Catherine L Steege, ESQ    on behalf of Petitioning Creditor Robert  Davis csteege@jenner.com,
               docketing@jenner.com
              Gus A Paloian     on behalf of Plaintiff Gus A. Paloian gpaloian@seyfarth.com,
               jmcmanus@seyfarth.com
              Gus A Paloian    gpaloian@seyfarth.com,
               gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
              James B. Sowka    on behalf of Plaintiff Gus A. Paloian jsowka@seyfarth.com,
               chidocket@seyfarth.com;ctholen@seyfarth.com
              James B. Sowka    on behalf of Trustee Gus A Paloian jsowka@seyfarth.com,
               chidocket@seyfarth.com;ctholen@seyfarth.com
              Joel A Schechter, ESQ    on behalf of Creditor   Northfield Partners, an Illinois Limited
               Partnership joelschechter@covad.net
              John F Hiltz    on behalf of Debtor   Active Endeavors LLC jhiltz@hwzlaw.com, kwantuch@hwzlaw.com,
               bzanzig@hwzlaw.com
```

```
District/off: 0752-1          User: adragonet            Page 5 of 5           Date Rcvd: Jul 09, 2014
                              Form ID: pdf006            Total Noticed: 205
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joy E Mason   on behalf of Interested Party Howard B Samuels jelevy@arnstein.com
        Joy E Mason   on behalf of Debtor   Active Endeavors LLC jelevy@arnstein.com
        Michael L. Gesas   on behalf of Interested Party Howard B Samuels mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
        Michael L. Gesas   on behalf of Debtor   Active Endeavors LLC mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
        Miriam R. Stein   on behalf of Debtor   Active Endeavors LLC mstein@chuhak.com, sflynn@chuhak.com
        Miriam R. Stein   on behalf of Interested Party Howard B Samuels mstein@chuhak.com, sflynn@chuhak.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Sara E Lorber   on behalf of Trustee Gus A Paloian slorber@wfactorlaw.com, gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;slorber@ecf.inforuptcy.com
        William J Factor   on behalf of Creditor   Elite Model Management Inc. wfactor@seyfarth.com, wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy.com
        William J Factor   on behalf of Creditor   Chosen Management, Inc. wfactor@seyfarth.com, wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy.com

        TOTAL: 17