# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-02469-TAB |
| | § | |
| ACTIVE ENDEAVORS LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $688,448.28 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $6,302.55 | | |

3)        Total gross receipts of $6,302.55  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $6,302.55 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $6,804,726.47 | $609,721.34 | $609,721.34 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $31,950.29 | $6,302.55 | $6,302.55 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $21,156.92 | $21,156.92 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,859,560.14 | $2,750,545.17 | $2,750,545.17 | $0.00 |
| **Total Disbursements** | $8,664,286.61 | $3,413,623.72 | $3,387,975.98 | $6,302.55 |

4).  This case was originally filed under chapter 11 on 02/04/2008. The case was converted to one under Chapter 7 on 08/12/2008. The case was pending for 74 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/08/2014</u>          By:   <u>/s/ Gus A. Paloian</u>
                                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1129-000 | $300.45 |
| SETTLEMENT FUNDS | 1249-000 | $6,000.00 |
| Interest Asset | 1270-000 | $2.10 |
| **TOTAL GROSS RECEIPTS** | | $6,302.55 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Department of Treasury | 4110-000 | $0.00 | $39,525.07 | $39,525.07 | $0.00 |
| 3 | Department of Treasury | 4110-000 | $0.00 | $39,525.07 | $39,525.07 | $0.00 |
| 4 | Illinois Department of Employment Security | 4110-000 | $0.00 | $75,743.94 | $75,743.94 | $0.00 |
| 31 | Illinois Department of Revenue | 4110-000 | $0.00 | $432,527.26 | $432,527.26 | $0.00 |
| 39 | BOTKIER, INC. | 4110-000 | $0.00 | $22,400.00 | $22,400.00 | $0.00 |
| | Craig Tuber | 4110-000 | $500,000.00 | $0.00 | $0.00 | $0.00 |
| | Drew Enterprises LLC | 4110-000 | $1,000,000.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Dept of Employment | 4110-000 | $147,629.66 | $0.00 | $0.00 | $0.00 |
| | Illinois Dept. of Revenue | 4110-000 | $696,194.48 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 4110-000 | $1,060,902.33 | $0.00 | $0.00 | $0.00 |
| | Lake Forest Bank | 4110-000 | $1,700,000.00 | $0.00 | $0.00 | $0.00 |
| | Northfield Partners | 4110-000 | $1,700,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $6,804,726.47 | $609,721.34 | $609,721.34 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee | 2100-000 | NA | $1,380.26 | $1,380.26 | $1,380.26 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | $8.03 | $8.03 | $8.03 |
| East West Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| ASSOCIATED BANK | 2990-000 | NA | $0.00 | $0.00 | $0.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $30,562.00 | $4,914.26 | $4,914.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $31,950.29 | $6,302.55 | $6,302.55 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4a | Illinois Department of Employment Security | 5800-000 | $0.00 | $19,292.45 | $19,292.45 | $0.00 |
| 31a | Illinois Department of Revenue | 5800-000 | $0.00 | $777.48 | $777.48 | $0.00 |
| 41 | Pitney Bowes Inc | 5800-000 | $0.00 | $136.58 | $136.58 | $0.00 |
| 57 | ULINE | 5800-000 | $0.00 | $950.41 | $950.41 | $0.00 |
| | Illinois Dept of Employment | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Dept of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $21,156.92 | $21,156.92 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Office Depot | 7100-000 | $0.00 | $6,000.56 | $6,000.56 | $0.00 |
| 4b | Illinois Department of Employment Security | 7100-000 | $0.00 | $1,600.00 | $1,600.00 | $0.00 |

| 5 | COMED CO | 7100-000 | $0.00 | $1,108.39 | $1,108.39 | $0.00 |
|---|---|---|---|---|---|---|
| 6 | FELIX REY | 7100-000 | $0.00 | $1,854.36 | $1,854.36 | $0.00 |
| 7 | BILLY KIRK | 7100-000 | $0.00 | $1,430.00 | $1,430.00 | $0.00 |
| 8 | REZNICK GROUP | 7100-000 | $48,635.62 | $48,635.62 | $48,635.62 | $0.00 |
| 9 | PEOPLES GAS LIGHT AND COKE CO | 7100-000 | $0.00 | $2,349.48 | $2,349.48 | $0.00 |
| 10 | MEOW INC. D/B/A REBECCA TAYLOR | 7100-000 | $0.00 | $17,347.00 | $17,347.00 | $0.00 |
| 11 | DICKERSON, ANDY | 7100-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| 12 | R&T SECURITY SOLUTIONS | 7100-000 | $203.81 | $203.81 | $203.81 | $0.00 |
| 13 | PATCH NYC, INC. | 7100-000 | $252.00 | $252.00 | $252.00 | $0.00 |
| 14 | ROSENTHAL, INC. | 7100-000 | $26,246.00 | $26,246.00 | $26,246.00 | $0.00 |
| 15 | MIKE & CHRIS | 7100-000 | $0.00 | $28,626.10 | $28,626.10 | $0.00 |
| 16 | DARYL K | 7100-000 | $3,703.00 | $3,703.00 | $3,703.00 | $0.00 |
| 17 | FIGHTING EEL, INC. | 7100-000 | $11,420.22 | $11,420.22 | $11,420.22 | $0.00 |
| 18 | BARKING IRONS | 7100-000 | $4,294.23 | $4,294.23 | $4,294.23 | $0.00 |
| 19 | VELVET INC. | 7100-000 | $0.00 | $13,800.97 | $13,800.97 | $0.00 |
| 20 | DRY AGE DENIM | 7100-000 | $0.00 | $23,688.00 | $23,688.00 | $0.00 |
| 21 | BSON | 7100-000 | $0.00 | $9,874.00 | $9,874.00 | $0.00 |
| 22 | SUSANA MONACO | 7100-000 | $16,209.00 | $16,209.00 | $16,209.00 | $0.00 |
| 23 | QUENTIN & CLAUDE | 7100-000 | $1,709.00 | $1,709.00 | $1,709.00 | $0.00 |
| 24 | CALIEAGLE, LLC | 7100-000 | $0.00 | $3,415.50 | $3,415.50 | $0.00 |
| 25 | COMED CO | 7100-000 | $0.00 | $2,822.62 | $2,822.62 | $0.00 |
| 26 | L1 853, LLC | 7100-000 | $0.00 | $273,148.18 | $273,148.18 | $0.00 |
| 27 | OBEDIENT SONS | 7100-000 | $0.00 | $4,820.00 | $4,820.00 | $0.00 |
| 28 | Hartford Fire Insurance Company | 7100-000 | $0.00 | $555.51 | $555.51 | $0.00 |
| 29 | Hartford Fire Insurance Company | 7100-000 | $0.00 | $1,358.78 | $1,358.78 | $0.00 |
| 30 | Hartford Fire Insurance Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| 31b | Illinois Department of Revenue | 7100-000 | $0.00 | $14,107.75 | $14,107.75 | $0.00 |
|-----|--------------------------------|----------|-------|------------|------------|-------|
| 32 | KATE & KASS | 7100-000 | $0.00 | $4,761.51 | $4,761.51 | $0.00 |
| 33 | ELITE MODELING AGENCY | 7100-000 | $0.00 | $19,603.50 | $19,603.50 | $0.00 |
| 34 | CHOSEN MANAGEMENT | 7100-000 | $1,080.00 | $1,080.00 | $1,080.00 | $0.00 |
| 35 | LILY MCNEAL | 7100-000 | $8,862.00 | $8,862.00 | $8,862.00 | $0.00 |
| 36 | FORD MODELS, INC. | 7100-000 | $0.00 | $33,437.07 | $33,437.07 | $0.00 |
| 37 | PATAGONIA, INC. C/O KYLE MCINTOSH | 7100-000 | $587,630.83 | $587,630.83 | $587,630.83 | $0.00 |
| 38 | OBESITY & SPEED | 7100-000 | $1,861.00 | $1,861.00 | $1,861.00 | $0.00 |
| 40 | 2DO ENTERPRISES, LLC | 7100-000 | $0.00 | $259,000.00 | $259,000.00 | $0.00 |
| 42 | MARCOLIN EYEWEAR | 7100-000 | $10,100.74 | $10,100.74 | $10,100.74 | $0.00 |
| 43 | ONE KID LLC | 7100-000 | $0.00 | $7,257.10 | $7,257.10 | $0.00 |
| 44 | TROVATA,INC | 7100-000 | $67,029.00 | $67,029.00 | $67,029.00 | $0.00 |
| 45 | NIXON, INC. | 7100-000 | $0.00 | $1,400.00 | $1,400.00 | $0.00 |
| 46 | Office of the U.S. Trustee | 7100-000 | $0.00 | $9,750.00 | $9,750.00 | $0.00 |
| 47 | Peoples Gas Light & Coke Co. | 7100-000 | $0.00 | $2,349.68 | $2,349.68 | $0.00 |
| 48 | Chimala Design Inc. | 7100-000 | $0.00 | $9,052.00 | $9,052.00 | $0.00 |
| 49 | COMED CO | 7100-000 | $0.00 | $7,905.40 | $7,905.40 | $0.00 |
| 50 | CRISPIN & BASILIO | 7100-000 | $4,902.00 | $4,902.00 | $4,902.00 | $0.00 |
| 51 | Office of the U.S. Trustee | 7100-000 | $0.00 | $5,525.00 | $5,525.00 | $0.00 |
| 52 | SINV TERMINAL USA, INC. | 7100-000 | $0.00 | $7,265.00 | $7,265.00 | $0.00 |
| 53 | Euler Hermes ACI | 7100-000 | $0.00 | $16,872.26 | $16,872.26 | $0.00 |
| 54 | Hartford Fire Insurance Company | 7100-000 | $0.00 | $971.46 | $971.46 | $0.00 |
| 55 | Stephanie Wexelbaum Rosen | 7100-000 | $0.00 | $530.00 | $530.00 | $0.00 |
| 56 | SWISHER | 7100-000 | $848.00 | $848.00 | $848.00 | $0.00 |
| 57a | ULINE | 7100-000 | $0.00 | $1,587.31 | $1,587.31 | $0.00 |

| 58 | CHOSEN MANAGEMENT | 7100-000 | $1,080.00 | $1,080.00 | $1,080.00 | $0.00 |
|---|---|---|---|---|---|---|
| 59 | FELIX REY | 7100-000 | $0.00 | $1,373.60 | $1,373.60 | $0.00 |
| 60 | DRY AGE DENIM | 7100-000 | $0.00 | $10,588.90 | $10,588.90 | $0.00 |
| 61 | Chimala Design, Inc. | 7100-000 | $0.00 | $9,052.00 | $9,052.00 | $0.00 |
| 62 | Sexy Panties & Naughty Knickers | 7100-000 | $0.00 | $1,531.60 | $1,531.60 | $0.00 |
| 63 | DICKERSON, ANDY | 7100-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| 64 | KNEPPER, MARK | 7100-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| 65 | FILSON CORPORATION | 7100-000 | $0.00 | $5,733.98 | $5,733.98 | $0.00 |
| 66 | BARKING IRONS | 7100-000 | $4,294.23 | $4,294.23 | $4,294.23 | $0.00 |
| 67 | ROBERT DAVIS | 7200-000 | $0.00 | $826,199.92 | $826,199.92 | $0.00 |
| 68 | Stephanie Wexelbaum Rosen | 7200-000 | $0.00 | $530.00 | $530.00 | $0.00 |
| | 12th Street by Cynthia Vincent | 7100-000 | $17,466.14 | $0.00 | $0.00 | $0.00 |
| | 1st Mid-Illinois Bank and Trust | 7100-000 | $1,226.72 | $0.00 | $0.00 | $0.00 |
| | 575 Denim | 7100-000 | $3,018.60 | $0.00 | $0.00 | $0.00 |
| | AANETA | 7100-000 | $7,748.07 | $0.00 | $0.00 | $0.00 |
| | Adam + Eve | 7100-000 | $44,967.36 | $0.00 | $0.00 | $0.00 |
| | ADG | 7100-000 | $2,405.39 | $0.00 | $0.00 | $0.00 |
| | Advanced Retail Management | 7100-000 | $628.96 | $0.00 | $0.00 | $0.00 |
| | Albert New York | 7100-000 | $1,394.00 | $0.00 | $0.00 | $0.00 |
| | Alexandra DeGersdorff | 7100-000 | $136.70 | $0.00 | $0.00 | $0.00 |
| | Alexis Bittar | 7100-000 | $3,382.00 | $0.00 | $0.00 | $0.00 |
| | Alfwear | 7100-000 | $4,893.49 | $0.00 | $0.00 | $0.00 |
| | Alison Burns | 7100-000 | $3,541.00 | $0.00 | $0.00 | $0.00 |
| | Allegra Print & Imaging | 7100-000 | $2,918.00 | $0.00 | $0.00 | $0.00 |
| | altru | 7100-000 | $1,476.00 | $0.00 | $0.00 | $0.00 |
| | American Background | 7100-000 | $95.90 | $0.00 | $0.00 | $0.00 |
| | Andari Fashion Inc (EM.EL) | 7100-000 | $3,763.40 | $0.00 | $0.00 | $0.00 |
| | Anna G. | 7100-000 | $7,441.04 | $0.00 | $0.00 | $0.00 |
| | Anthony Tahlier Photography | 7100-000 | $2,100.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Arc'teryx | 7100-000 | $8,937.41 | $0.00 | $0.00 | $0.00 |
| Armitage Hardware & Building Supply | 7100-000 | $1,870.29 | $0.00 | $0.00 | $0.00 |
| B.C. Ethic | 7100-000 | $602.71 | $0.00 | $0.00 | $0.00 |
| Bank of America | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| Bearhands Ltd | 7100-000 | $3,465.15 | $0.00 | $0.00 | $0.00 |
| Ben Sherman | 7100-000 | $16,818.26 | $0.00 | $0.00 | $0.00 |
| Bergen Shippers | 7100-000 | $8,070.00 | $0.00 | $0.00 | $0.00 |
| Blue Cult | 7100-000 | $1,331.20 | $0.00 | $0.00 | $0.00 |
| Brian Wright | 7100-000 | $212.80 | $0.00 | $0.00 | $0.00 |
| BSON | 7100-000 | $8,257.00 | $0.00 | $0.00 | $0.00 |
| Bula/Fiji Wear, Inc. | 7100-000 | $9,580.44 | $0.00 | $0.00 | $0.00 |
| Bulga | 7100-000 | $3,760.00 | $0.00 | $0.00 | $0.00 |
| C3 Worldwide | 7100-000 | $12,534.45 | $0.00 | $0.00 | $0.00 |
| Calieagle LLC | 7100-000 | $3,609.00 | $0.00 | $0.00 | $0.00 |
| Candela | 7100-000 | $392.00 | $0.00 | $0.00 | $0.00 |
| Capital Tailors | 7100-000 | $1,639.62 | $0.00 | $0.00 | $0.00 |
| CDW | 7100-000 | $2,649.08 | $0.00 | $0.00 | $0.00 |
| Christina Lehr Design | 7100-000 | $536.00 | $0.00 | $0.00 | $0.00 |
| Church Street Plaza LLC | 7100-000 | $14,943.50 | $0.00 | $0.00 | $0.00 |
| Cleveland Dovington Partners, Inc. | 7100-000 | $325.61 | $0.00 | $0.00 | $0.00 |
| Clif Bar Inc. | 7100-000 | $5.61 | $0.00 | $0.00 | $0.00 |
| Cloak & Dagger Designs, LLC | 7100-000 | $5,100.00 | $0.00 | $0.00 | $0.00 |
| Coexist LLC | 7100-000 | $2,275.50 | $0.00 | $0.00 | $0.00 |
| Common Thread | 7100-000 | $1,125.00 | $0.00 | $0.00 | $0.00 |
| Commonwealth Edison | 7100-000 | $2,875.63 | $0.00 | $0.00 | $0.00 |
| Corey Lynn Calter, Inc. | 7100-000 | $7,760.00 | $0.00 | $0.00 | $0.00 |
| Corpus Clothing | 7100-000 | $507.60 | $0.00 | $0.00 | $0.00 |
| Cris Los Angeles | 7100-000 | $5,285.60 | $0.00 | $0.00 | $0.00 |
| CSC | 7100-000 | $346.00 | $0.00 | $0.00 | $0.00 |
| DA-NANG | 7100-000 | $885.93 | $0.00 | $0.00 | $0.00 |
| DADS DENIM | 7100-000 | $120.00 | $0.00 | $0.00 | $0.00 |
| Daftbird | 7100-000 | $3,658.00 | $0.00 | $0.00 | $0.00 |
| Dautore International, LLC | 7100-000 | $2,257.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Deborah Sweeney Ltd. | 7100-000 | $6,080.00 | $0.00 | $0.00 | $0.00 |
| Deux Par Deux | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| Devanlay US, Inc. | 7100-000 | $6,970.06 | $0.00 | $0.00 | $0.00 |
| Devotte | 7100-000 | $7,235.00 | $0.00 | $0.00 | $0.00 |
| DMX, Inc. | 7100-000 | $649.50 | $0.00 | $0.00 | $0.00 |
| Earnest Sewn | 7100-000 | $9,238.24 | $0.00 | $0.00 | $0.00 |
| Eberjay Inmates | 7100-000 | $2,584.00 | $0.00 | $0.00 | $0.00 |
| Edun Americas | 7100-000 | $486.26 | $0.00 | $0.00 | $0.00 |
| Eldorado Artesian Springs | 7100-000 | $63.40 | $0.00 | $0.00 | $0.00 |
| Eleven Eleven | 7100-000 | $4,608.54 | $0.00 | $0.00 | $0.00 |
| ellesse | 7100-000 | $5,230.56 | $0.00 | $0.00 | $0.00 |
| Felix Ray | 7100-000 | $1,854.00 | $0.00 | $0.00 | $0.00 |
| Fidelity Design House Ltd. | 7100-000 | $2,423.00 | $0.00 | $0.00 | $0.00 |
| Filmar USA Inc. | 7100-000 | $568.34 | $0.00 | $0.00 | $0.00 |
| Filson Corporation | 7100-000 | $6,410.00 | $0.00 | $0.00 | $0.00 |
| Flowers By Zoe | 7100-000 | $1,944.82 | $0.00 | $0.00 | $0.00 |
| Foley & Corinna | 7100-000 | $16,633.00 | $0.00 | $0.00 | $0.00 |
| Ford Models Inc. | 7100-000 | $32,302.50 | $0.00 | $0.00 | $0.00 |
| Fornari | 7100-000 | $4,298.00 | $0.00 | $0.00 | $0.00 |
| Fred Perry | 7100-000 | $4,948.55 | $0.00 | $0.00 | $0.00 |
| Friedman Properties, LTD. | 7100-000 | $11,951.63 | $0.00 | $0.00 | $0.00 |
| Gateway Acceptance Co. | 7100-000 | $1,153.00 | $0.00 | $0.00 | $0.00 |
| GENERRA | 7100-000 | $14,140.38 | $0.00 | $0.00 | $0.00 |
| GoldenBleu | 7100-000 | $6,884.00 | $0.00 | $0.00 | $0.00 |
| Grail | 7100-000 | $2,041.50 | $0.00 | $0.00 | $0.00 |
| GRAVIS | 7100-000 | $831.30 | $0.00 | $0.00 | $0.00 |
| Hardtail | 7100-000 | $1,900.34 | $0.00 | $0.00 | $0.00 |
| Harlow | 7100-000 | $2,429.00 | $0.00 | $0.00 | $0.00 |
| Harris Bank Bus Loan Servicing Cent | 7100-000 | $3,242.59 | $0.00 | $0.00 | $0.00 |
| Hecklewood | 7100-000 | $1,320.00 | $0.00 | $0.00 | $0.00 |
| Heinrich & Kramer | 7100-000 | $80.00 | $0.00 | $0.00 | $0.00 |
| Ice Mountain | 7100-000 | $240.02 | $0.00 | $0.00 | $0.00 |
| Icebreaker | 7100-000 | $5,063.17 | $0.00 | $0.00 | $0.00 |
| ikks | 7100-000 | $2,003.00 | $0.00 | $0.00 | $0.00 |
| Initium Eyewear, | 7100-000 | $369.00 | $0.00 | $0.00 | $0.00 |

| | LLC | | | | | |
|---|---|---|---|---|---|---|
| | International Creative | 7100-000 | $10,630.00 | $0.00 | $0.00 | $0.00 |
| | Isabella Fiore Inc. | 7100-000 | $2,368.81 | $0.00 | $0.00 | $0.00 |
| | J Brand | 7100-000 | $13,227.00 | $0.00 | $0.00 | $0.00 |
| | J. Lindeberg | 7100-000 | $1,304.65 | $0.00 | $0.00 | $0.00 |
| | Jake's Dry Goods | 7100-000 | $3,803.00 | $0.00 | $0.00 | $0.00 |
| | JEETO | 7100-000 | $228.00 | $0.00 | $0.00 | $0.00 |
| | Jimlar Corp. | 7100-000 | $438.22 | $0.00 | $0.00 | $0.00 |
| | Joe's Jeans | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | Julep Limited | 7100-000 | $816.00 | $0.00 | $0.00 | $0.00 |
| | Julie Haus LLC | 7100-000 | $12,661.00 | $0.00 | $0.00 | $0.00 |
| | Julie Sandlau | 7100-000 | $3,317.48 | $0.00 | $0.00 | $0.00 |
| | K. Amato Designs, LLC | 7100-000 | $449.00 | $0.00 | $0.00 | $0.00 |
| | Kale | 7100-000 | $3,191.18 | $0.00 | $0.00 | $0.00 |
| | Kate & Kass | 7100-000 | $4,761.57 | $0.00 | $0.00 | $0.00 |
| | Kombi | 7100-000 | $2,919.52 | $0.00 | $0.00 | $0.00 |
| | Krane | 7100-000 | $2,735.00 | $0.00 | $0.00 | $0.00 |
| | L'Koral, Inc. | 7100-000 | $672.70 | $0.00 | $0.00 | $0.00 |
| | LA Lab | 7100-000 | $1,116.23 | $0.00 | $0.00 | $0.00 |
| | Lauren Merkin | 7100-000 | $3,855.00 | $0.00 | $0.00 | $0.00 |
| | Lauren Moffatt | 7100-000 | $8,700.00 | $0.00 | $0.00 | $0.00 |
| | Lawless | 7100-000 | $1,912.00 | $0.00 | $0.00 | $0.00 |
| | Lesa Wallace Handbags | 7100-000 | $1,545.00 | $0.00 | $0.00 | $0.00 |
| | Lewis Cho | 7100-000 | $3,200.00 | $0.00 | $0.00 | $0.00 |
| | Liberty Mountain Sports | 7100-000 | $98.74 | $0.00 | $0.00 | $0.00 |
| | Loeffler Randall | 7100-000 | $1,588.04 | $0.00 | $0.00 | $0.00 |
| | Loomstate | 7100-000 | $9,032.90 | $0.00 | $0.00 | $0.00 |
| | Manisse Inc. | 7100-000 | $446.00 | $0.00 | $0.00 | $0.00 |
| | Margie Korshak Inc. | 7100-000 | $8,083.82 | $0.00 | $0.00 | $0.00 |
| | Marmot | 7100-000 | $3,611.42 | $0.00 | $0.00 | $0.00 |
| | Martin Mack Fire & Safety Equipment | 7100-000 | $176.30 | $0.00 | $0.00 | $0.00 |
| | Mavi Jeans | 7100-000 | $7,499.10 | $0.00 | $0.00 | $0.00 |
| | Maya Brenner Designs | 7100-000 | $2,534.43 | $0.00 | $0.00 | $0.00 |
| | Melissa Odabash | 7100-000 | $755.60 | $0.00 | $0.00 | $0.00 |
| | Midt Factoring (Julie Sandlau) | 7100-000 | $3,205.00 | $0.00 | $0.00 | $0.00 |
| | Mimo | 7100-000 | $1,195.95 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Mint Collection | 7100-000 | $2,285.10 | $0.00 | $0.00 | $0.00 |
| Mischen | 7100-000 | $15,429.86 | $0.00 | $0.00 | $0.00 |
| Mission Playground | 7100-000 | $1,281.85 | $0.00 | $0.00 | $0.00 |
| Mo Industries | 7100-000 | $2,106.33 | $0.00 | $0.00 | $0.00 |
| Modern Amusement | 7100-000 | $6,642.20 | $0.00 | $0.00 | $0.00 |
| Mona & Holly | 7100-000 | $2,025.00 | $0.00 | $0.00 | $0.00 |
| Motif, Inc. | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| Mountain Hardware | 7100-000 | $1,723.18 | $0.00 | $0.00 | $0.00 |
| Multi-Link Communications, Inc. | 7100-000 | $177.31 | $0.00 | $0.00 | $0.00 |
| MYNE | 7100-000 | $2,818.00 | $0.00 | $0.00 | $0.00 |
| National Direct Lighting | 7100-000 | $928.93 | $0.00 | $0.00 | $0.00 |
| Native Soul | 7100-000 | $2,526.17 | $0.00 | $0.00 | $0.00 |
| Neal Sperling | 7100-000 | $13,923.00 | $0.00 | $0.00 | $0.00 |
| Nine West/ Jones Apparel Group | 7100-000 | $15,696.45 | $0.00 | $0.00 | $0.00 |
| Nixon | 7100-000 | $1,430.00 | $0.00 | $0.00 | $0.00 |
| North Face | 7100-000 | $61,786.74 | $0.00 | $0.00 | $0.00 |
| North Shore Gas | 7100-000 | $944.46 | $0.00 | $0.00 | $0.00 |
| Obermeyer | 7100-000 | $9,074.76 | $0.00 | $0.00 | $0.00 |
| Office Depot | 7100-000 | $3,301.99 | $0.00 | $0.00 | $0.00 |
| Ojas, Inc. | 7100-000 | $496.69 | $0.00 | $0.00 | $0.00 |
| Packaging Services Corp. | 7100-000 | $1,792.24 | $0.00 | $0.00 | $0.00 |
| Paige Premium | 7100-000 | $20,742.92 | $0.00 | $0.00 | $0.00 |
| Paper Denim & Cloth | 7100-000 | $16,193.03 | $0.00 | $0.00 | $0.00 |
| Paul and Joe | 7100-000 | $2,464.00 | $0.00 | $0.00 | $0.00 |
| Pearl Street LLC | 7100-000 | $13,762.81 | $0.00 | $0.00 | $0.00 |
| Peregrine Outfitters | 7100-000 | $773.47 | $0.00 | $0.00 | $0.00 |
| Personnel Concepts | 7100-000 | $128.85 | $0.00 | $0.00 | $0.00 |
| Porridge | 7100-000 | $2,215.52 | $0.00 | $0.00 | $0.00 |
| Primp | 7100-000 | $3,677.00 | $0.00 | $0.00 | $0.00 |
| Public Clothing | 7100-000 | $5,726.46 | $0.00 | $0.00 | $0.00 |
| Puella, Inc. | 7100-000 | $3,230.50 | $0.00 | $0.00 | $0.00 |
| Quiksilver | 7100-000 | $15,228.89 | $0.00 | $0.00 | $0.00 |
| Qwest | 7100-000 | $11.22 | $0.00 | $0.00 | $0.00 |
| Rachel Leigh | 7100-000 | $291.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Radio Shack | 7100-000 | $2,952.00 | $0.00 | $0.00 | $0.00 |
| Rainbow | 7100-000 | $302.38 | $0.00 | $0.00 | $0.00 |
| Remy & Vitale, P.C. | 7100-000 | $28,025.00 | $0.00 | $0.00 | $0.00 |
| Rich and Skinny | 7100-000 | $8,809.00 | $0.00 | $0.00 | $0.00 |
| Robeez Footwear | 7100-000 | $989.00 | $0.00 | $0.00 | $0.00 |
| Rock & Republic | 7100-000 | $26,430.00 | $0.00 | $0.00 | $0.00 |
| Rogues Gallery | 7100-000 | $7,606.36 | $0.00 | $0.00 | $0.00 |
| RVCA | 7100-000 | $2,639.00 | $0.00 | $0.00 | $0.00 |
| Sacred Blue | 7100-000 | $1,306.30 | $0.00 | $0.00 | $0.00 |
| Safety Systems | 7100-000 | $231.80 | $0.00 | $0.00 | $0.00 |
| Saint Grace | 7100-000 | $11,568.76 | $0.00 | $0.00 | $0.00 |
| Same | 7100-000 | $2,686.00 | $0.00 | $0.00 | $0.00 |
| Sarah Luna | 7100-000 | $3,646.00 | $0.00 | $0.00 | $0.00 |
| Schoch Associates, Inc. | 7100-000 | $4,816.67 | $0.00 | $0.00 | $0.00 |
| Schwartz & Benjamin | 7100-000 | $2,143.50 | $0.00 | $0.00 | $0.00 |
| Sears and Anderson | 7100-000 | $46.78 | $0.00 | $0.00 | $0.00 |
| Seize sur Vingt | 7100-000 | $4,633.72 | $0.00 | $0.00 | $0.00 |
| Sexy Panties and Naughty Knickers | 7100-000 | $1,631.40 | $0.00 | $0.00 | $0.00 |
| Shagg Downtown | 7100-000 | $880.00 | $0.00 | $0.00 | $0.00 |
| Shavite, Inc. | 7100-000 | $2,662.00 | $0.00 | $0.00 | $0.00 |
| Shavitz | 7100-000 | $1,178.64 | $0.00 | $0.00 | $0.00 |
| Sign | 7100-000 | $175.98 | $0.00 | $0.00 | $0.00 |
| Sister Sam | 7100-000 | $2,665.44 | $0.00 | $0.00 | $0.00 |
| Siwy | 7100-000 | $2,460.00 | $0.00 | $0.00 | $0.00 |
| Smartwool | 7100-000 | $159.77 | $0.00 | $0.00 | $0.00 |
| Smith Sport Optics | 7100-000 | $93.32 | $0.00 | $0.00 | $0.00 |
| Sonia Rykiel | 7100-000 | $6,619.00 | $0.00 | $0.00 | $0.00 |
| Spiewak | 7100-000 | $11,769.85 | $0.00 | $0.00 | $0.00 |
| Sprint | 7100-000 | $155.24 | $0.00 | $0.00 | $0.00 |
| Spy | 7100-000 | $731.08 | $0.00 | $0.00 | $0.00 |
| Style West | 7100-000 | $19,422.02 | $0.00 | $0.00 | $0.00 |
| Sunner | 7100-000 | $1,404.94 | $0.00 | $0.00 | $0.00 |
| Surface to Air Paris | 7100-000 | $6,998.00 | $0.00 | $0.00 | $0.00 |
| T Bags | 7100-000 | $14,188.00 | $0.00 | $0.00 | $0.00 |
| Temma Dahan Design | 7100-000 | $908.00 | $0.00 | $0.00 | $0.00 |
| Testament/Clue Clothing | 7100-000 | $3,580.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| The Hartford | 7100-000 | $22,401.92 | $0.00 | $0.00 | $0.00 |
| Theo Jordan | 7100-000 | $170.05 | $0.00 | $0.00 | $0.00 |
| Trumpette | 7100-000 | $829.44 | $0.00 | $0.00 | $0.00 |
| U-Haul | 7100-000 | $504.80 | $0.00 | $0.00 | $0.00 |
| Uline | 7100-000 | $1,587.03 | $0.00 | $0.00 | $0.00 |
| United Alarms | 7100-000 | $646.07 | $0.00 | $0.00 | $0.00 |
| Velvet | 7100-000 | $20,531.00 | $0.00 | $0.00 | $0.00 |
| Victorinox | 7100-000 | $2,437.55 | $0.00 | $0.00 | $0.00 |
| Village of Glencoe | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 |
| Viv & Ingrid | 7100-000 | $1,807.88 | $0.00 | $0.00 | $0.00 |
| Vonzipper | 7100-000 | $5,214.17 | $0.00 | $0.00 | $0.00 |
| Want Agency, Inc. | 7100-000 | $4,294.99 | $0.00 | $0.00 | $0.00 |
| What Comes Around Goes Around | 7100-000 | $11,211.33 | $0.00 | $0.00 | $0.00 |
| Windy City Marketing | 7100-000 | $6,443.00 | $0.00 | $0.00 | $0.00 |
| WOR International Inc. | 7100-000 | $1,270.00 | $0.00 | $0.00 | $0.00 |
| Wrath Arcane, LLC | 7100-000 | $3,975.00 | $0.00 | $0.00 | $0.00 |
| Ya-Ya Brand | 7100-000 | $17,966.58 | $0.00 | $0.00 | $0.00 |
| Yiona Barashi | 7100-000 | $4,646.00 | $0.00 | $0.00 | $0.00 |
| Zinnia's Inc. | 7100-000 | $875.15 | $0.00 | $0.00 | $0.00 |
| Zooey | 7100-000 | $1,492.10 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,859,560.14 | $2,750,545.17 | $2,750,545.17 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   1       Exhibit 8

| | |
|---|---|
| Case No.: | 08-02469-TAB |
| Case Name: | ACTIVE ENDEAVORS LLC |
| For the Period Ending: | 10/8/2014 |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Date Filed (f) or Converted (c): | 08/12/2008 (c) |
| §341(a) Meeting Date: | 05/07/2008 |
| Claims Bar Date: | 04/29/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | BANK ACCOUNTS | $27,793.30 | $300.45 | | $300.45 | FA |
| Asset Notes: | Lake Forest Bank  Operaring Account #433632 - $17,999.41  Payroll Account #433721 - $336.46  Creditors Trust Acct #449180 - $6,457.43 | | | | | |
| 2 | SECURITY DEPOSIT WITH FRIEDMAN PROPERTIES ON RETAIL SPACE IN GLENCOE, IL | $17,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Security deposit with Friedman Properties on retail space in Glencoe, IL | | | | | |
| 3 | MISCELLANEOUS PHOTOGRAPHIC EQUIPMENT | $2,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Miscellaneous photographic equipment | | | | | |
| 4 | WEBSITE: WWW.ACTIVEENDEAVORS.COM & COMPANY NAME ACTIVE ENDEAVORS, LLC | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | website:  www.activeendeavors.com | | | | | |
| 5 | CUSTOMER LIST (46,120 NAMES/ADDRESSES) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Customer List (46,120 names/addresses) | | | | | |
| 6 | MISCELLANEOUS OFFICE EQUIPMENT; COMPUTER EQUIPMENT AND COMPUTER SERVICES | $33,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Misc. office equipment; computer equipment and computer servers | | | | | |
| 7 | MISCELLANEOUS STORE FIXTURES AND OFFICE FURNITURE, CHICAGO, IL | $12,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Misc. store fixtures and office furniture | | | | | |
| 8 | MEN, WOMAN AND CHILDREN'S CLOTHING - AS OF PETITION DATE $622,948.28 - COST BASIS AS OF 4/22/08 $156,313.00 | $622,948.28 | $0.00 | | $0.00 | FA |
| Asset Notes: | Men, women and children's clothing - as of petition date $622,948.28 - cost basis; as of 4/22/08 $156,313.00 - cost basis | | | | | |
| 9 | SETTLEMENT FUNDS                    (u) | $0.00 | $6,000.00 | | $6,000.00 | FA |
| Asset Notes: | PURSUANT TO SETTLEMENT WITH ROBERT DAVIS (ADVERSARY NO. 09-651)  ORDER ENTERED 3/16/10 | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2          Exhibit 8

| | |
|---|---|
| Case No.: | 08-02469-TAB |
| Case Name: | ACTIVE ENDEAVORS LLC |
| For the Period Ending: | 10/8/2014 |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Date Filed (f) or Converted (c): | 08/12/2008 (c) |
| §341(a) Meeting Date: | 05/07/2008 |
| Claims Bar Date: | 04/29/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9999  VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT  Interest Asset | Unknown | Unknown | | $2.10 | FA |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $716,241.58 | $6,300.45 | | $6,302.55 | $0.00 |

**Major Activities affecting case closing:**
   The Final Report was submitted to the U.S. Trustee's Office on April 23, 2014 and filed with the Court on June 18, 2014.  The Final Report hearing is scheduled for August 19, 2014.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2010 | Current Projected Date Of Final Report (TFR): | 12/31/2013 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN

Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-02469-TAB | | Trustee Name: | Gus A. Paloian |
| Case Name: | ACTIVE ENDEAVORS LLC | | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | **-***6380 | | Checking Acct #: | ******5047 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Assoc. Bank Checking Account |
| For Period Beginning: | 2/4/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/8/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2011 | | WIRE TRANSFER FROM BOFA | Transfer of Estate Funds from BofA | 9999-000 | $6,294.52 | | $6,294.52 |
| 11/30/2011 | | ASSOCIATED BANK | Wire In Fee | 2990-000 | | $15.00 | $6,279.52 |
| 12/02/2011 | | ASSOCIATED BANK | Reverse - wire in fee | 2990-000 | | ($15.00) | $6,294.52 |
| 02/22/2012 | | East West Bank | Transfer Funds | 9999-000 | | $6,294.52 | $0.00 |

|  |  | | |
|---|---|---|---|
| TOTALS: | $6,294.52 | $6,294.52 | $0.00 |
| Less: Bank transfers/CDs | $6,294.52 | $6,294.52 | |
| Subtotal | $0.00 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $0.00 | |

**For the period of 2/4/2008 to 10/8/2014**

| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,294.52 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $6,294.52 |

**For the entire history of the account between 01/18/2012 to 10/8/2014**

| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,294.52 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $6,294.52 |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 08-02469-TAB | |
| Case Name: | ACTIVE ENDEAVORS LLC | |
| Primary Taxpayer ID #: | **-***6380 | |
| Co-Debtor Taxpayer ID #: | | |
| | | |
| For Period Beginning: | 2/4/2008 | |
| For Period Ending: | 10/8/2014 | |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | **B OF A /ASSOCIATED BANK |
| Money Market Acct #: | ******4248 |
| Account Title: | Money Market Account (Interest Earn |
| | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/19/2008 | (1) | LAKE FOREST BANK | LIQUIDATED CHECKING ACCOUNT FUNDS | 1129-000 | $300.45 | | $300.45 |
| 09/30/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | $0.01 | | $300.46 |
| 10/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | $0.03 | | $300.49 |
| 11/28/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | $0.02 | | $300.51 |
| 12/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $300.53 |
| 04/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.54 |
| 05/29/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.55 |
| 06/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.56 |
| 07/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.57 |
| 08/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.58 |
| 09/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.59 |
| 10/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.60 |
| 11/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.61 |
| 12/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.62 |
| 01/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.63 |
| 02/26/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.64 |
| 03/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.01 | | $300.65 |
| 04/02/2010 | (9) | ROBERT DAVIS | SETTLEMENT | 1249-000 | $1,500.00 | | $1,800.65 |
| 04/29/2010 | (9) | ROBERT DAVIS | SETTLEMENT | 1249-000 | $3,000.00 | | $4,800.65 |
| 04/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.04 | | $4,800.69 |
| 05/28/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.12 | | $4,800.81 |
| 06/15/2010 | (9) | ROBERT DAVIS | SETTLEMENT | 1249-000 | $1,500.00 | | $6,300.81 |
| 06/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.14 | | $6,300.95 |
| 07/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.16 | | $6,301.11 |
| 08/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.17 | | $6,301.28 |
| 09/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.16 | | $6,301.44 |
| 10/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.16 | | $6,301.60 |
| | | | **SUBTOTALS** | | $6,301.60 | $0.00 | |

| Case No. | 08-02469-TAB | | Trustee Name: | Gus A. Paloian |
| Case Name: | ACTIVE ENDEAVORS LLC | | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | **-***6380 | | Money Market Acct #: | ******4248 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 2/4/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/8/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.16 | | $6,301.76 |
| 12/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.16 | | $6,301.92 |
| 01/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.16 | | $6,302.08 |
| 02/28/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,302.13 |
| 03/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,302.18 |
| 04/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,302.23 |
| 05/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.06 | | $6,302.29 |
| 06/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,302.34 |
| 07/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,302.39 |
| 08/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.06 | | $6,302.45 |
| 09/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,302.50 |
| 10/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,302.55 |
| 10/31/2011 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $8.03 | $6,294.52 |
| 11/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,294.57 |
| 11/30/2011 | | WIRE TRANSFER TO ASSOCIATED BANK | Transfer funds to Associated Bank | 9999-000 | | $6,294.52 | $0.05 |
| 02/22/2012 | | DEP REVERSE: BANK OF AMERICA, N.A. | DEPOSIT REVERSAL | 1270-000 | ($0.05) | | $0.00 |

| | | | | SUBTOTALS | $0.95 | $6,302.55 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 08-02469-TAB | | | Trustee Name: | Gus A. Paloian | |
| Case Name: | ACTIVE ENDEAVORS LLC | | | Bank Name: | **B OF A /ASSOCIATED BANK | |
| Primary Taxpayer ID #: | **-***6380 | | | Money Market Acct #: | ******4248 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account (Interest Earn | |
| For Period Beginning: | 2/4/2008 | | | Blanket bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 10/8/2014 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|
| | | TOTALS: | | $6,302.55 | $6,302.55 | $0.00 |
| | | Less: Bank transfers/CDs | | $0.00 | $6,294.52 | |
| | | Subtotal | | $6,302.55 | $8.03 | |
| | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | Net | | $6,302.55 | $8.03 | |

| For the period of  2/4/2008 to 10/8/2014 | | For the entire history of the account between 09/22/2008 to 10/8/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,302.55 | Total Compensable Receipts: | $6,302.55 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,302.55 | Total Comp/Non Comp Receipts: | $6,302.55 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8.03 | Total Compensable Disbursements: | $8.03 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $8.03 | Total Comp/Non Comp  Disbursements: | $8.03 |
| Total Internal/Transfer  Disbursements: | $6,294.52 | Total Internal/Transfer  Disbursements: | $6,294.52 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 08-02469-TAB | Trustee Name: Gus A. Paloian |
| Case Name: | ACTIVE ENDEAVORS LLC | Bank Name: East West Bank |
| Primary Taxpayer ID #: | **-***6380 | Checking Acct #: ******0029 |
| Co-Debtor Taxpayer ID #: | | Account Title: DDA |
| For Period Beginning: | 2/4/2008 | Blanket bond (per case limit): $5,000,000.00 |
| For Period Ending: | 10/8/2014 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2012 | | **B OF A /ASSOCIATED BANK | Transfer Funds | 9999-000 | $6,294.52 | | $6,294.52 |
| 08/17/2012 | | East West Bank | Bank Service Fee | 2600-000 | | $70.46 | $6,224.06 |
| 02/28/2013 | 5001 | East West Bank | Bank Service Fee Correction | 2600-000 | | ($70.46) | $6,294.52 |
| 02/07/2014 | 5002 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $5.04 | $6,289.48 |
| 02/07/2014 | 5002 | VOID: INTERNATIONAL SURETIES | BOND PREMIUM ALLOCATION ERROR | 2300-003 | | ($5.04) | $6,294.52 |
| 09/11/2014 | 5003 | GUS A. PALOIAN, TRUSTEE | FINAL TRUSTEE COMPENSATION | 2100-000 | | $1,380.26 | $4,914.26 |
| 09/11/2014 | 5004 | SEYFARTH SHAW LLP | FINAL SEYFARTH FEES | 3110-000 | | $4,914.26 | $0.00 |

| | | |
|---|---|---|
| TOTALS: | $6,294.52 | $6,294.52 | $0.00 |
| Less: Bank transfers/CDs | $6,294.52 | $0.00 | |
| Subtotal | $0.00 | $6,294.52 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $6,294.52 | |

| For the period of 2/4/2008 to 10/8/2014 | | For the entire history of the account between 02/22/2012 to 10/8/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,294.52 | Total Internal/Transfer Receipts: | $6,294.52 |
| | | | |
| Total Compensable Disbursements: | $6,294.52 | Total Compensable Disbursements: | $6,294.52 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,294.52 | Total Comp/Non Comp Disbursements: | $6,294.52 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-02469-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | ACTIVE ENDEAVORS LLC | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***6380 | Checking Acct #: | ******0029 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/4/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/8/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $6,302.55 | $6,302.55 | $0.00 |

**For the period of 2/4/2008 to 10/8/2014**

| | |
|---|---|
| Total Compensable Receipts: | $6,302.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,302.55 |
| Total Internal/Transfer Receipts: | $12,589.04 |
| | |
| Total Compensable Disbursements: | $6,302.55 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,302.55 |
| Total Internal/Transfer Disbursements: | $12,589.04 |

**For the entire history of the case between 08/12/2008 to 10/8/2014**

| | |
|---|---|
| Total Compensable Receipts: | $6,302.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,302.55 |
| Total Internal/Transfer Receipts: | $12,589.04 |
| | |
| Total Compensable Disbursements: | $6,302.55 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,302.55 |
| Total Internal/Transfer Disbursements: | $12,589.04 |